# **EXHIBIT A**

# DRIVER'S DAILY LOG
(24 HOURS)

___/___/___
(Month) (Day) (Year)

Original - File at home terminal
Duplicate - Driver retains in his/her possession for eight days

Total Miles Driving Today _____ Total Mileage Today _____

Name of Carrier or Carriers _____

Main Office Address _____

Home Terminal Address _____

I certify these entries are true and correct:

Truck/Tractor and Trailer Numbers or License Plate(s) / State (show each unit)

Driver's Full Signature _____ Co-Driver's Name _____

| | MID-NIGHT 1 2 3 4 5 6 7 8 9 10 11 NOON 1 2 3 4 5 6 7 8 9 10 11 | TOTAL HOURS |
|---|---|---|
| 1. OFF DUTY | | |
| 2. SLEEPER BERTH | | |
| 3. DRIVING | | |
| 4. ON DUTY (NOT DRIVING) | | |

REMARKS

SHIPPING DOCUMENTS:

B/L or Manifest No. _____

Shipper & Commodity _____

Enter name of place you reported and where released from work and when and where each change of duty occurred.

From: _____ To: _____

USE TIME STANDARD AT HOME TERMINAL

© Copyright 2005 & Published by J. J. KELLER & ASSOCIATES, INC.

601-L

**RECAP** Complete at end of workday.

On-duty hours today. (Total lines 3 & 4)

**70 Hour/ 8 Day Drivers**
A. Total hours on duty last 7 days, including today.
B. Total hours available tomorrow. 70 hr. minus A.*
C. Total hours on duty last 8 days, including today.

**60 Hour/ 7 Day Drivers**
A. Total hours on duty last 6 days, including today.
B. Total hours available tomorrow. 60 hr. minus A.*
C. Total hours on duty last 7 days, including today.

*If you took 34 consecutive hours off duty, you have 60/70 hours available again.

8/05

BOUND EDGE