# EXHIBIT M

## Driver Vehicle Inspection Report Book



Detailed Driver Vehicle Inspection Report Book – 35 Sets of Forms Per DVIR Inspection Book, 2 Ply Carbonless, 5.5" x 8.5", Pre Trip Inspection Book for...

4.5 ★★★★☆ 98

Size (7): **1 Pack**

$9.99

prime

Get it by Wednesday, September 3.

Sold by Buck USA and Fulfilled by Amazon.

- DOT & FMCSA Compliant: Meets 49 CFR 396.11 and 396.13 requirements for driver vehicle inspection report books.
- Complete Checklist: Covers tractor, trailer, and essential parts for CDL pre trip inspection and

Show more

See all details | Add to Cart

## Driver Daily Log Book



Driver Daily Log Books for Truck Drivers with 7 & 8 Day Recap - 35 Sets of Forms Per Log Book, 2-Ply Carbonless, 5.5" x 8.5", DOT Log Book for Truck...

5 ★★★★★ 4

Size (5): **1 Pack**

$9.99

prime

Only 5 left in stock - order soon.

Get it by Wednesday, September 3.

Sold by Buck USA and Fulfilled by Amazon.

- DOT & FMCSA Compliant: Meets 49 CFR Section 395.8 requirements for driver duty status, ensuring truckers stay legally compliant during inspections.
- Efficient Recap: Built-in 7 & 8-day recap helps drivers instantly determine available hours.

Show more

See all details | Add to Cart

## ELD Backup Driver Log Book



ELD Backup Driver Log Books for Truck Drivers with Detailed Driver Vehicle Inspection Report & Daily Recap – 15 Sets of Forms Per Book, 2-Ply...

4.7 ★★★★★ 46

Size (5): **1 Pack**

$9.99

prime

Get it by Wednesday, September 3.

Sold by Buck USA and Fulfilled by Amazon.

- DOT & FMCSA Compliant: Meets 49 CFR Section 395.22(h) by providing clear ELD malfunction procedures and eight days of blank logs. Also satisfies record-keeping requirements under Section 395.34, keeping drivers prepared for inspections.

Show more

See all details | Add to Cart

## Annual Vehicle Inspection Form with Red Aluminum Sticker



5 Pack 3-Ply Carbonless Annual Vehicle Inspection Report Forms with FMCSA Red Aluminum Adhesive Labels, DOT Inspection Forms and Stickers,...

5 ★★★★★ 17

Size (5): **AVIR Form w/ Red Label** | Style (5): **5 Pack**

$13.99

prime

Get it by Wednesday, September 3.

Sold by Buck USA and Fulfilled by Amazon.

- DOT Compliant: Fully meets 49 CFR 396.17 and 396.21 requirements, ensuring your annual vehicle inspection form and label are compliant and helping you avoid costly fines.
- Complete Kit: Each pack includes 5 sets of 3-ply carbonless annual inspection forms and

Show more

See all details | Add to Cart

## Annual Vehicle Inspection Form with White Mylar Laminate Label



Subscribe & Save

5 Pack 3-Ply Carbonless Annual Vehicle Inspection Report Forms with FMCSA 2-Ply Mylar Laminate Adhesive Vinyl Labels, DOT Inspection Forms and...

5 ★★★★★ 17

Size (5): **AVIR Form w/ White Label** | Style (5): **5 Pack**

$13.99

prime

Only 1 left in stock - order soon.

Get it by Wednesday, September 3.

Sold by Buck USA and Fulfilled by Amazon.

- DOT Compliant: Fully meets 49 CFR 396.17 and 396.21 requirements, ensuring your annual vehicle inspection form and label are compliant and helping you avoid costly fines.
- Complete Kit: Each pack includes 5 sets of 3-ply carbonless annual inspection forms (8.5" x

Show more

See all details | Add to Cart

## Annual Vehicle Inspection Form with Red Aluminum Sticker & White Mylar Label



5 Pack 3-Ply Carbonless Annual Vehicle Inspection Report Forms with FMCSA Red Aluminum Labels & White Mylar Laminate Vinyl Labels, DOT Inspection...

5 ★★★★★ 17

Size (5): **AVIR Form w/ Red & White Label** | Style (5): **5 Pack**

$19.99

prime

Only 1 left in stock - order soon.

Get it by Wednesday, September 3.

Sold by Buck USA and Fulfilled by Amazon.

- DOT Compliant: Fully meets 49 CFR 396.17 and 396.21 requirements, ensuring your annual vehicle inspection form and label are compliant and helping you avoid costly fines.
- Complete Kit: Each pack includes 5 sets of 3-ply carbonless annual inspection forms (8.5" x

Show more

See all details | Add to Cart

## Record of Annual Inspection Forms with Inspection Decal



5 Pack 2-Ply Carbonless Record of Annual Inspection Forms with Inspection Decal, DOT Inspection Forms and Stickers, Shrink-Wrapped, 9.5" x 11", Meets 49...

4.2 ★★★★☆ 11

To buy, select a **size**:

Size (2): **Select a size**

Currently unavailable.

- DOT Compliant: Fully meets 49 CFR 396.17 and 396.21 requirements, ensuring your annual vehicle inspection form and label are compliant and helping you avoid costly fines.
- Durable & Weatherproof: 2-Ply, clear copies on carbonless, vehicle inspection forms paired with

Show more

See all details

## Red Aluminum Annual Vehicle Inspection Label with Punch Boxes



5 Pack Buck Aluminum Annual Vehicle Inspection Label with Punch Boxes, 2 Mil Red FMCSA Self Adhesive Sticker, DOT Compliant, Weatherproof,...

5 ★★★★★ 17

Size (5): **Red Label** | Style (5): **5 Pack**

$12.99

prime

Only 1 left in stock - order soon.

Get it by Wednesday, September 3.

Sold by Buck USA and Fulfilled by Amazon.

- DOT & FMCSA Compliant: Meets 49 CFR 396.17 and 396.21, helping you stay compliant and avoid fines.
- Durable Design: Made from 2 mil aluminum, this label resists heat, and corrosion, with punch

Show more

See all details | Add to Cart

## White Vinyl Annual Vehicle Inspection Label with Mylar Laminate



5 Pack Buck Annual Vehicle Inspection Label, 2-Ply Adhesive Vinyl with Mylar Laminate, FMCSA & DOT Compliant, Weatherproof, Tear Resistant, Easy to...

5 ★★★★★ 17

Size (5): **White Mylar Label** | Style (5): **5 Pack**

$9.99

prime

Only 1 left in stock - order soon.

Get it by Wednesday, September 3.

Sold by Buck USA and Fulfilled by Amazon.

- DOT & FMCSA Compliant: Meets annual vehicle inspection requirements under 49 CFR Section 396, helping you stay compliant and avoid fines.
- Durable 2-Ply Vinyl: Tough 2-ply vinyl with Mylar laminate resists heat, moisture, tearing

Show more

See all details | Add to Cart

Share

Share this page with your friends.

Made Easy

**Amazon Resale**
Great Deals on Quality Used Products

**Whole Foods Market**
America's Healthiest Grocery Store

**Woot!**
Deals and Shenanigans

**Zappos**
Shoes & Clothing

**Ring**
Smart Home Security Systems

**eero WiFi**
Stream 4K Video in Every Room

**Blink**
Smart Security for Every Home

**Neighbors App**
Real-Time Crime & Safety Alerts

**Amazon Subscription Boxes**
Top subscription boxes – right to your door

**PillPack**
Pharmacy Simplified

**Amazon Renewed**
Like-new products you can trust

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

# DRIVER DAILY
# LOG BOOKS

New Releases Amazon Basics Books Registry Gift Cards Smart Home Groceries Prime Customer Service Sports & Outdoors Music Pharmacy Shop By Interest Amazon Home Fashion Sell Beauty & Personal Care

Customizable 2 & 3-Part NCR Purchase Order Books — Shop PrintPPS






Click to see full view

# 50 Pack Driver Daily Log Books for Truck Drivers with 7 & 8 Day Recap - 35 Sets of Forms Per Log Book, 2-Ply Carbonless, 5.5" x 8.5", DOT Log Book for Truck Drivers, FMCSA Compliant, Easy Tear-Out

Visit the BUCK TAPE AS TOUGH AS A BUCK Store

5.0 ★★★★★ 5 ratings

$108.00

Size: 50 Pack

| 1 Pack | 5 Pack | 10 Pack | 25 Pack | 50 Pack | 100 Pack | 250 Pack |
|---|---|---|---|---|---|---|
| $7.99 ~~$8.99~~ | $17.99 ~~$39.99~~ | $21.99 | $54.50 ($2.18 / count) | $108.00 | $215.00 | $530.00 |

- DOT & FMCSA Compliant: Meets 49 CFR Section 395.8 requirements for driver duty status, ensuring truckers stay legally compliant during inspections.
- Efficient Recap: Built-in 7 & 8 day recap helps drivers instantly determine available hours, improving on-road efficiency and schedule management.
- Durable, Convenient Size: 2-ply carbonless (white/yellow) sheets resist wear in tough trucking environments; compact 5.5" x 8.5" fits easily in cabs and clipboards.
- DOT Reference Guide: Includes DOT-required steps printed inside for quick driver reference during inspections.
- Error-Reducing Design: Step-by-step log instructions on the back cover help prevent mistakes that could lead to costly fines.

## Additional Details

Small Business
This product is from a small business brand. Support small. Learn more

Report an issue with this product or seller

$108.00

FREE delivery Tuesday, October 14. Details

Delivering to Chicago 60602 - Update location

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Buck USA |
| Sold by | Buck USA |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

Add a Protection Plan:
- 3-Year Protection Plan for $21.99
- 4-Year Protection Plan for $29.99
- Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List

Daily Log Books for Truck Drivers with 7 & 8 Day Recap, 10 Pack, 2-Ply Carbonless, 35 Sets of Forms per Book, 8.5" x... ★★★★★ 66 | $23.90 prime Shop now › Sponsored

CreativeInk Detailed Driver Daily... 5.0 ★★★★★ 1 $10.99 prime Sponsored

## Product description




### Why Choose Buck Driver Daily Log Book?




**Easy to Use** — Our 2-ply carbonless forms are designed for quick and easy documentation.

**FMCSA Compliant** — Stay compliant with the Federal Motor Carrier Safety Regulations.

**35 Sets of Forms** — Each book contains 35 sets of forms, reducing the need for frequent replacements.

**Perfect Size** — Compact 5.5" x 8.5" dimensions make it ideal for on-the-go truck drivers.

### The Benefits of Buck Backup Log Book



**Enhanced Safety** — Maintain your truck in peak condition, ensuring safety for you and others on the road.

**Durable** — Our Driver Daily Log Book is built to last, even in rugged trucking environments. Effortlessly remove completed forms without hassle.

**Compliance** — Stay in line with FMCSR regulations and DOT compliance (49 CFR 396.11 and 396.13), avoiding fines and penalties.

### Product Technical Specification

| | |
|---|---|
| Size | 5.5 inch x 8.5 inch |
| Thickness | 28 grams |
| # of Pages | 35 Sets (70 Pages) |
| Paper Type | NCR Paper |

## Upgrade Your Truck Inspection Process Today!

Step into a world of convenience, compliance, and safety with the Buck Driver Daily Log Book. Each page of our Driver Daily Log Book simplifies your daily checks, ensuring you effortlessly meet DOT regulations (49 CFR 396.11 and 396.13).

By clicking **'Add to Cart'** now, you're embracing an easier path to efficient inspections and enhanced peace of mind while on the road. Trust in the comprehensive checklist, the built-in DOT-required procedures, and the durability of our 2-ply carbonless forms. Regardless of whether you manage a single vehicle or a large commercial fleet, our Driver Daily Log Book stands as the indispensable tool for maintaining safety and compliance in your operations.

Seize this opportunity to elevate your truck inspections. Click **'Add to Cart'** today and experience the difference firsthand.




## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Tradex Global USA |
| Brand | BUCK TAPE AS TOUGH AS A BUCK |
| Item Weight | 14.5 pounds |
| Product Dimensions | 5.5 x 8 x 0.25 inches |
| Material Type | Carbon Fiber |
| Size | 50 Pack |
| Manufacturer Part Number | BB-DL-53 |

### Additional Information

| | |
|---|---|
| ASIN | B0CN5XK1XF |
| Customer Reviews | 5.0 ★★★★★ 5 ratings<br>5.0 out of 5 stars |
| Best Sellers Rank | #37,764 in Office Products (See Top 100 in Office Products)<br>#64 in Record Books |
| Date First Available | November 12, 2023 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

### Feedback

Would you like to tell us about a lower price?

## Customer reviews

★★★★★ 5 out of 5

5 global ratings

| | |
|---|---|
| 5 star | 100% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

### Top reviews from the United States

**Anthony**
★★★★★ **Use them when I need them**
Reviewed in the United States on August 21, 2025
Size: 1 Pack | Verified Purchase
Affordable and simple to read ELD logs.
Helpful | Report

**Jeff**
★★★★★ **Meets all standards**
Reviewed in the United States on August 3, 2025
Size: 1 Pack | Verified Purchase
Everything i needed
Helpful | Report

**Hermarys Marquez olivier**
★★★★★ **Excelent**
Reviewed in the United States on June 14, 2024
Size: 10 Pack
Must have
One person found this helpful
Helpful | Report

See more reviews ›

Brand in this category on Amazon
Customizable 2 & 3-Part NCR Purchase Order Books
Shop PrintPPS ›
Custom 8.5" x 11" Carbonless NCR Books i... ★★★★ 598
Custom 8.5" x 7" Carbonless NCR Books i... ★★★★ 384
Custom 5.5" x 8.5" Carbonless NCR Books i... ★★★★ 533
Sponsored

Captured at: 10/06/2025 02:50 PM URL: https://www.amazon.com/Pack-Buck-Driver-Daily-Recap/dp/B0CN5WXP6Y?ref_=ast_sto_dp&th=1

Customizable 2 & 3-Part NCR Purchase Order Books
Shop PrintPPS






Click to see full view

# 100 Pack Driver Daily Log Books for Truck Drivers with 7 & 8 Day Recap - 35 Sets of Forms Per Log Book, 2-Ply Carbonless, 5.5" x 8.5", DOT Log Book for Truck Drivers, FMCSA Compliant, Easy Tear-Out

Visit the BUCK TAPE AS TOUGH AS A BUCK Store
5.0 ★★★★★ 5 ratings

$215.00

Size: 100 Pack

| 1 Pack | 5 Pack | 10 Pack | 25 Pack | 50 Pack | 100 Pack | 250 Pack |
|---|---|---|---|---|---|---|
| $7.99 ~~$8.99~~ | $17.99 ~~$29.99~~ | $21.99 | $54.50 ($2.18 / count) | $108.00 | $215.00 | $530.00 |

- DOT & FMCSA Compliant: Meets 49 CFR Section 395.8 requirements for driver duty status, ensuring truckers stay legally compliant during inspections.
- Efficient Recap: Built-in 7 & 8 day recap helps drivers instantly determine available hours, improving on-road efficiency and schedule management.
- Durable, Convenient Size: 2-ply carbonless (white/yellow) sheets resist wear in tough trucking environments; compact 5.5" x 8.5" fits easily in cabs and clipboards.
- DOT Reference Guide: Includes DOT-required steps printed inside for quick driver reference during inspections.
- Error-Reducing Design: Step-by-step log instructions on the back cover help prevent mistakes that could lead to costly fines.

## Additional Details

Small Business
This product is from a small business brand. Support small. Learn more

Report an issue with this product or seller

$215.00
FREE delivery Friday, October 10. Details
Delivering to Chicago 60602 - Update location
In Stock
Quantity: 1
Add to Cart
Buy Now

| | |
|---|---|
| Ships from | Buck USA |
| Sold by | Buck USA |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

Add a Protection Plan:
- 3-Year Protection Plan for $33.99
- 4-Year Protection Plan for $44.99
- Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List

Daily Log Books for Truck Drivers with 7 & 8 Day Recap, 10 Pack, 2-Ply Carbonless, 35 Sets of Forms per Book, 8.5" x... ★★★★★ 66 | $23.90 prime Shop now ›
Sponsored
CreativeInk Detailed Driver Daily... 5.0 ★★★★★ 1 $10.99 prime
Sponsored

## Buy it with

This item: 100 Pack Driver Daily Log Books for Truck Drivers with 7 & 8 Day Recap - 35 Sets of... $215.00
+ 10 Pack Detailed Driver Vehicle Inspection Report Book – 35 Sets of Forms Per DVIR Inspection... $29.99
+ CARTMAN 3 Pack Warning Triangle DOT Approved Identical to United States FMVSS 571 12... $29.99

Total price: $274.98
Add all 3 to Cart
These items are shipped from and sold by different sellers. Show details

## Product description

## Why Choose Buck Driver Daily Log Book?




**Easy to Use**
Our 2-ply carbonless forms are designed for quick and easy documentation.




**FMCSA Compliant**
Stay compliant with the Federal Motor Carrier Safety Regulations.




**35 Sets of Forms**
Each book contains 35 sets of forms, reducing the need for frequent replacements.




**Perfect Size**
Compact 5.5" x 8.5" dimensions make it ideal for on-the-go truck drivers.

## The Benefits of Buck Backup Log Book



**Enhanced Safety**
Maintain your truck in peak condition, ensuring safety for you and others on the road.



**Durable**
Our Driver Daily Log Book is built to last, even in rugged trucking environments. Effortlessly remove completed forms without hassle.



**Compliance**
Stay in line with FMCSR regulations and DOT compliance (49 CFR 396.11 and 396.13), avoiding fines and penalties.

## Product Technical Specification

| | |
|---|---|
| Size | 5.5 inch x 8.5 inch |
| Thickness | 28 grams |
| # of Pages | 35 Sets (70 Pages) |
| Paper Type | NCR Paper |

## Upgrade Your Truck Inspection Process Today!

Step into a world of convenience, compliance, and safety with the Buck Driver Daily Log Book. Each page of our Driver Daily Log Book simplifies your daily checks, ensuring you effortlessly meet DOT regulations (49 CFR 396.11 and 396.13).

By clicking **'Add to Cart'** now, you're embracing an easier path to efficient inspections and enhanced peace of mind while on the road. Trust in the comprehensive checklist, the built-in DOT-required procedures, and the durability of our 2-ply carbonless forms. Regardless of whether you manage a single vehicle or a large commercial fleet, our Driver Daily Log Book stands as the indispensable tool for maintaining safety and compliance in your operations.

Seize this opportunity to elevate your truck inspections. Click **'Add to Cart'** today and experience the difference firsthand.




## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Tradex Global USA |
| Brand | BUCK TAPE AS TOUGH AS A BUCK |
| Product Dimensions | 14 x 14 x 10 inches |
| Material Type | Carbon Fiber |
| Size | 100 Pack |
| Manufacturer Part Number | BB-DL-53 |

### Additional Information

| | |
|---|---|
| ASIN | B0CN5WXP6Y |
| Customer Reviews | 5.0 ★★★★★ 5 ratings<br>5.0 out of 5 stars |
| Best Sellers Rank | #37,764 in Office Products (See Top 100 in Office Products)<br>#64 in Record Books |
| Date First Available | November 12, 2023 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

### Feedback

Would you like to tell us about a lower price?

Similar brands on Amazon
Sponsored
Page 1 of 2
60 Pack Guest Checks Books Bulk Server Note Pad Numbered Waitress Notepad... 4.5 ★★★★½ 24 $38.69 List: ~~$42.99~~
FirstZi 9-1/2 x 11 Inches NCR Continuous Feed Computer Paper 2-Pl... 4.2 ★★★★ 204 $36.99
Weekgrat 10 Pack Driver Daily Log Book 8.5" x 5.5" Log Book with Detailed Driv... 4.4 ★★★★½ 57 $22.99

Products related to this item
Sponsored
5 Pack Driver's Daily Log with 7 and 8 Day Recap Driver Time Record Book Trucker Lo... ★★★★ 15 $14.99 prime
Daily Log Books for Truck Drivers with 7 and 8 Day Recap, 15 Pack, 32 Sets of Forms... ★★★★½ 24 -9% $29.99 ($2.00 / count) Typical: ~~$32.79~~ prime
3 Pack Truck Driver Daily Log Book with 7 & 8 Day Recap, 8.5 x 5.5 Inch 2-Ply Carbo... ★★★★½ 3 $14.99 prime Save $5.00 with coupon
5 Pcs 8.5x11inch 2 in 1 Driver Log Books for Truckers Dot Log Book Driver Vehicle I... ★★★★½ 8 $32.99 prime Save 5% with coupon
Daily Log Books for Truck Drivers with 7 & 8 Day Recap, 10 Pack, 2-Ply Carbonless, ... ★★★★★ 66 Amazon's Choice $23.90 prime
ELD Backup Driver Log Books for Truck Drivers with Detailed Driver Vehicle Inspecti... ★★★★★ 48 Amazon's Choice -30% $6.99 Typical: ~~$9.99~~ prime
ELD Backup Driver Log Book 10-pk. with Detailed Driver Vehicle Inspection Report & ... ★★★★½ 400 $55.10 ($5.51 / count)

Customizable 2 & 3-Part NCR Purchase Order Books
Custom 8.5" x 11" Carbonless NCR Books in 2-Part Duplicate Invoices,... 4.7 ★★★★½ 598 $61.07
Sponsored

## Customer reviews

★★★★★ 5 out of 5
5 global ratings

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

### Top reviews from the United States

Anthony
★★★★★ **Use them when I need them**
Reviewed in the United States on August 21, 2025
Size: 1 Pack | Verified Purchase
Affordable and simple to read ELD logs.
Helpful | Report

Jeff
★★★★★ **Meets all standards**
Reviewed in the United States on August 3, 2025
Size: 1 Pack | Verified Purchase
Everything i needed
Helpful | Report

Hermarys Marquez olivier
★★★★★ **Excelent**
Reviewed in the United States on June 14, 2024
Size: 10 Pack
Must have
One person found this helpful
Helpful | Report

See more reviews ›

Custom 8.5" x 11" Carbonless NCR Books in 2-Part Duplicate... 4.7 ★★★★½ 598 $61.07
Sponsored

Brand in this category on Amazon
Customizable 2 & 3-Part NCR Purchase Order Books
Shop PrintPPS ›
Custom 8.5" x 11" Carbonless NCR Books i... ★★★★½ 598
Custom 8.5" x 7" Carbonless NCR Books i... ★★★★½ 384
Custom 5.5" x 8.5" Carbonless NCR Books i... ★★★★½ 533
Sponsored

Based on your browsing history
Additional items to explore
See personalized recommendations
Sign in
Back to top
Get to Know Us · Make Money with Us · Amazon Payment Products · Let Us Help You
Conditions of Use · Privacy Notice · Consumer Health Data Privacy Disclosure · Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

Customizable 2 & 3-Part NCR Purchase Order Books
Shop PrintPPS






Click to see full view

# 250 Pack Driver Daily Log Books for Truck Drivers with 7 & 8 Day Recap - 35 Sets of Forms Per Log Book, 2-Ply Carbonless, 5.5" x 8.5", DOT Log Book for Truck Drivers, FMCSA Compliant, Easy Tear-Out

Visit the BUCK TAPE AS TOUGH AS A BUCK Store
5.0 ★★★★★ 5 ratings

$530.00

## Delivery & Support

Select to learn more

Ships from Buck USA | 30-day easy returns | Customer Support

Size: 250 Pack

| 1 Pack | 5 Pack | 10 Pack | 25 Pack | 50 Pack | 100 Pack | 250 Pack |
|---|---|---|---|---|---|---|
| $7.99 ~~$9.99~~ | $17.99 ~~$29.99~~ | $21.99 | $54.50 ($2.18 / count) | $108.00 | $215.00 | $530.00 |

- DOT & FMCSA Compliant: Meets 49 CFR Section 395.8 requirements for driver duty status, ensuring truckers stay legally compliant during inspections.
- Efficient Recap: Built-in 7 & 8 day recap helps drivers instantly determine available hours, improving on-road efficiency and schedule management.
- Durable, Convenient Size: 2-ply carbonless (white/yellow) sheets resist wear in tough trucking environments; compact 5.5" x 8.5" fits easily in cabs and clipboards.
- DOT Reference Guide: Includes DOT-required steps printed inside for quick driver reference during inspections.
- Error-Reducing Design: Step-by-step log instructions on the back cover help prevent mistakes that could lead to costly fines.

## Additional Details

Small Business
This product is from a small business brand. Support small. Learn more

Report an issue with this product or seller

$530.00
FREE delivery Tuesday, October 14. Details
Delivering to Chicago 60602 - Update location
In Stock
Quantity: 1
Add to Cart
Buy Now

| | |
|---|---|
| Ships from | Buck USA |
| Sold by | Buck USA |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

Add a Protection Plan:
- 4-Year Protection Plan for $84.99
- Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List

5Forms 230 Compact Material &... 4.5 ★★★★½ 4 $93.00 Sponsored

CreativeInk Detailed Driver Daily Vehicle Inspection Report Book/Forms, 35 Sets of Forms per DVIR Log Book, 2-Ply... ★★★★★ 1 | $10.99 ($0.31/count) prime Shop now › Sponsored

## Buy it with

This item: 250 Pack Driver Daily Log Books for Truck Drivers with 7 & 8 Day Recap - 35 Sets of... $530.00
+ WORKKOOL Safety Triangles DOT Approved, Standard Warning Triangles Enmergency Reflector... $19.89
+ 10 Pack Detailed Driver Vehicle Inspection Report Book – 35 Sets of Forms Per DVIR Inspection... $29.99

Total price: $579.88
Add all 3 to Cart
These items are shipped from and sold by different sellers. Show details

## Brand in this category on Amazon

Customizable 2 & 3-Part NCR Purchase Order Books

## Products related to this item Sponsored

Page 1 of 25

12 Pack Driver Daily Log Book 8.5" x 5.5" Daily Pre-Trip Checklist Driver's Log Boo... ★★★★☆ 5 $26.99 prime
5 Pack ELD Backup Driver Log Book with Detailed Drivers Vehicle Inspection Report &... ★★★★★ 5 $24.99 ($0.31 / count) prime
30-Pack Annual Vehicle Inspection Report Form & Adhesive Vinyl Label 2-Ply,3-Ply Ca... ★★★★☆ 45 $17.99 ($0.60 / count) prime
1 Pack Truck Driver Daily Log Book with 7 & 8 Day Recap, 8.5 x 5.5 Inch 2-Ply Carbo... ★★★★½ 3 $6.99 prime Save 10% with coupon
5Forms 230 Compact Material & Labor Records 4 1/4 x 8 1/4" Qty 1000 ★★★★½ 4 $93.00 ($0.09 / count)
$22.99 prime

## Product description




### Why Choose Buck Driver Daily Log Book?




**Easy to Use**
Our 2-ply carbonless forms are designed for quick and easy documentation.

**FMCSA Compliant**
Stay compliant with the Federal Motor Carrier Safety Regulations.

**35 Sets of Forms**
Each book contains 35 sets of forms, reducing the need for frequent replacements.

**Perfect Size**
Compact 5.5" x 8.5" dimensions make it ideal for on-the-go truck drivers.

### The Benefits of Buck Backup Log Book



**Enhanced Safety**
Maintain your truck in peak condition, ensuring safety for you and others on the road.

**Durable**
Our Driver Daily Log Book is built to last, even in rugged trucking environments. Effortlessly remove completed forms without hassle.

**Compliance**
Stay in line with FMCSR regulations and DOT compliance (49 CFR 396.11 and 396.13), avoiding fines and penalties.

## Product Technical Specification

| | |
|---|---|
| **Size** | 5.5 inch x 8.5 inch |
| **Thickness** | 28 grams |
| **# of Pages** | 35 Sets (70 Pages) |
| **Paper Type** | NCR Paper |

## Upgrade Your Truck Inspection Process Today!

Step into a world of convenience, compliance, and safety with the Buck Driver Daily Log Book. Each page of our Driver Daily Log Book simplifies your daily checks, ensuring you effortlessly meet DOT regulations (49 CFR 396.11 and 396.13).

By clicking **'Add to Cart'** now, you're embracing an easier path to efficient inspections and enhanced peace of mind while on the road. Trust in the comprehensive checklist, the built-in DOT-required procedures, and the durability of our 2-ply carbonless forms. Regardless of whether you manage a single vehicle or a large commercial fleet, our Driver Daily Log Book stands as the indispensable tool for maintaining safety and compliance in your operations.

Seize this opportunity to elevate your truck inspections. Click **'Add to Cart'** today and experience the difference firsthand.




## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Tradex Global USA |
| Brand | BUCK TAPE AS TOUGH AS A BUCK |
| Item Weight | 60 pounds |
| Product Dimensions | 18 x 18 x 10 inches |
| Material Type | Carbon Fiber |
| Size | 250 Pack |
| Manufacturer Part Number | BB-DL-53 |

### Additional Information

| | |
|---|---|
| ASIN | B0CN5Y6SJY |
| Customer Reviews | 5.0 ★★★★★ 5 ratings 5.0 out of 5 stars |
| Best Sellers Rank | #37,764 in Office Products (See Top 100 in Office Products) #64 in Record Books |
| Date First Available | November 12, 2023 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

### Feedback

Would you like to tell us about a lower price?

## Similar brands on Amazon

Sponsored — Page 1 of 2

60 Pack Guest Checks Books Bulk Server Note Pad Numbered Waitress Notepad... 4.5 ★★★★½ 24 $38.69 List: ~~$42.99~~
FirstZi 9-1/2 x 11 Inches NCR Continuous Feed Computer Paper 2-Pl... 4.2 ★★★★☆ 204 $36.99
Weekgrat 10 Pack Driver Daily Log Book 8.5" x 5.5" Log Book with Detailed Driv... 4.4 ★★★★½ 57 $22.99

## Products related to this item Sponsored

Page 1 of 25

5Forms 230 Compact Material & Labor Records 4 1/4 x 8 1/4" Qty 1000 ★★★★½ 4 $93.00 ($0.09 / count)
ENJ 20 Pack Flatbed Edge Protectors for Cargo Loads Corner Protectors Flatbed... ★★★★½ 142 $49.99 ($2.50 / count) prime
ENJ 20 Pack Flatbed Edge Protector, Edge Corner Tie Down Protector for Up to 4... ★★★★★ 130 Amazon's Choice $29.99 ($1.50 / count) prime
BlueParrott B450-XT Mono Bluetooth Wireless Headphones 96% Noise Canceling Over Hea... ★★★★½ 20,355 -14% $179.99 List: ~~$209.99~~ prime
Detailed Driver Daily Vehicle Inspection Report Book/Forms, 35 Sets of Forms per DV... ★★★★★ 1 $10.99 prime
30-Pack Annual Vehicle Inspection Report Form & Adhesive Vinyl Label 2-Ply,3-Ply Ca... ★★★★☆ 45 $17.99 ($0.60 / count) prime
12 Pack Driver Daily Log Book 8.5" x 5.5" Daily Pre-Trip Checklist Driver's Log Boo... ★★★★☆ 5 $26.99 prime

Customizable 2 & 3-Part NCR Purchase Order Books
Custom 8.5" x 11" Carbonless NCR Books in 2-Part Duplicate Invoices,... 4.7 ★★★★½ 598 $61.07
Sponsored

## Customer reviews

★★★★★ 5 out of 5
5 global ratings

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

Custom 8.5" x 11" Carbonless NCR Books in 2-Part Duplicate... 4.7 ★★★★½ 598 $61.07 Sponsored

### Top reviews from the United States

**Anthony**
★★★★★ **Use them when I need them**
Reviewed in the United States on August 21, 2025
Size: 1 Pack | Verified Purchase
Affordable and simple to read ELD logs.
Helpful | Report

**Jeff**
★★★★★ **Meets all standards**
Reviewed in the United States on August 3, 2025
Size: 1 Pack | Verified Purchase
Everything i needed
Helpful | Report

**Hermarys Marquez olivier**
★★★★★ **Excelent**
Reviewed in the United States on June 14, 2024
Size: 10 Pack
Must have
One person found this helpful
Helpful | Report

See more reviews ›

## 4 stars and above Sponsored

Page 1 of 6

Driver Daily Log Book 10-pk. with Detailed Driver Vehicle Inspection Report & Simpl... ★★★★½ 216 $39.35 prime
10 Pack Driver Daily Log Book 8.5" x 5.5" Log Book with Detailed Driver Vehicle Ins... ★★★★½ 57 $22.99 prime
Clever Fox Auto Mileage Log Book – Vehicle Logbook with Mileage, Expense, Gas Consu... ★★★★½ 334 $17.99 prime
Adams Detailed Daily Driving Log, 400 Entries, 9 x 3.25 Inches, Multi-Color (AFR15) ★★★★½ 274 -10% $8.09 Typical: ~~$8.99~~ prime
Auto Mileage Log Book for Personal or Business, Vehicle Maintenance Log Book for Ca... ★★★★½ 94 Amazon's Choice -22% $6.99 List: ~~$8.99~~ prime
J. J. Keller Driver's Load Notebook, 4-pk. - 3" x 5.5", Pocket Sized, Spiral Bound,... ★★★★½ 128 $24.56
Auto Mileage & Expense Notebook – Vehicle Mileage Log, Miles Log Book to Track Over... ★★★★½ 1,478 -10% $8.99 Typical: ~~$9.99~~ prime

SOLAR DOCK LIGHTS Learn more

## Based on your browsing history See more

Page 1 of 4

## Additional items to explore See more

Page 1 of 2

## See personalized recommendations

Sign in

Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You

© 1996-2025, Amazon.com, Inc. or its affiliates

# DRIVER’S VEHICLE INSPECTION REPORT



# 10 Pack Detailed Driver Vehicle Inspection Report Book – 35 Sets of Forms Per DVIR Inspection Book, 2 Ply Carbonless, 5.5 x 8.5, Pre Trip Inspection Book for Truckers, FMCSA Compliant, Easy Tear Out

$29.99

## Additional Details

Verified by Transparency
Each item has a unique code that we verify before shipping. Learn more

Small Business
This product is from a small business brand. Support small. Learn more

**Customers usually keep this item**
*This product has fewer returns than average compared to similar products.*

Report an issue with this product or seller

Detailed Driver's Vehicle Inspection Report for Pre- & Post-Trip, Book Format with 31 Sets, 2-Ply Carbonless, 5.5" x 8.5", Meet... 264 $218.50 ($4.37/count) Sponsored

### Similar item with fast delivery

Amazon's Choice
suituts 300 Sets Detailed Driver Daily Vehicle Inspection Report Book/Forms, 2 Part Carbonless, 5.5 x 8.5 Inch Daily Pre-Trip Checklist Log for Truck Drivers (50 Sets Each Book, 6 Books) (30) $26.99

## Frequently bought together

This item: 10 Pack Detailed Driver Vehicle Inspection Report Book – 35 Sets of Forms Per DV... $29.99
Daily Log Books for Truck Drivers with 7 & 8 Day Recap, 10 Pack, 2-Ply Carbonless, 35 Sets of Form... $23.90

Total price: $53.89
Add both to Cart
These items are shipped from and sold by different sellers. Show details

## 4 stars and above Sponsored

Page 1 of 8

- Detailed Driver's Vehicle Inspection Report for Pre- & Post-Trip, Book Format with ... 264 $218.50 ($4.37 / count)
- Detailed Driver's Vehicle Inspection Report 50-pk. - Book Format with 31 Sets, 2-PL... 83 $186.00 ($3.72 / count)
- Detailed Driver's Vehicle Inspection Report 50-pk. - Book Format with 31 Sets, 2-PL... 995 $218.50 ($4.37 / count)
- Annual Vehicle Inspection Report Form 30-pk 3-Ply Carbonless Red FMCSA Label... 55 Amazon's Choice $29.99 prime
- ELD Backup Driver Log Book 10-pk. with Detailed Driver Vehicle Inspection Report & ... 400 $55.10 ($5.51 / count)
- J. J. Keller 50-Pack, Annual Vehicle Inspection Report Form & Prenumbered... 210 $97.21 ($1.94 / count)
- Federal Motor Carrier Safety Regulations Pocketbook J.J. Keller 1,428 Paperback $6.95

## Products related to this item Sponsored

Page 1 of 50

- Detailed Driver's Vehicle Inspection Report 25-pk. - Book Format with 31 Sets, 2-PL... 995 $111.55 ($4.46 / count)
- 50 Pack Annual Vehicle Inspection Report Form Detailed Driver's Vehicle Inspection ... 7 $25.99 prime Save 5% with coupon
- ELD Backup Driver Log Books for Truck Drivers with Detailed Driver Vehicle Inspecti... 48 -30% $6.99 Typical: $9.99 prime
- 50 Pack Annual Vehicle Inspection Report Form 8.5"*11.4" Detailed Driver's Vehicle ... 21 $42.99 ($0.57 / count) prime Save 5% with coupon
- Detailed Driver's Vehicle Inspection Report for Pre- & Post-Trip, Book Format with ... 264 $218.50 ($4.37 / count)
- Detailed Driver's Vehicle Inspection Report 50-pk. - Book Format with 31 Sets, 2-PL... 83 $186.00 ($3.72 / count)
- Detailed Driver's Vehicle Inspection Report, 10 Pack, Pre Trip Inspection Book for ... 40 Amazon's Choice $32.90 prime

## Product description

BUCK

### Why Choose Buck Driver DVIR Book?




**Easy to Use**
Our 2-ply carbonless forms are designed for quick and easy documentation.

**FMCSA Compliant**
Stay compliant with the Federal Motor Carrier Safety Regulations.

**35 Sets of Forms**
Each book contains 35 sets of forms, reducing the need for frequent replacements.




**Perfect Size**
Compact 5.5" x 8.5" dimensions make it ideal for on-the-go truck drivers.

### The Benefits of Buck Driver DVIR Book



**Enhanced Safety**
Maintain your truck in peak condition, ensuring safety for you and others on the road.



**Durable**
Our DVIR book is built to last, even in rugged trucking environments. Effortlessly remove completed forms without hassle.

**Compliance**
Stay in line with FMCSR regulations and DOT compliance (49 CFR 396.11 and 396.13), avoiding fines and penalties.

### Product Technical Specification

| | |
|---|---|
| Size | 5.5 inch x 8.5 inch |
| Thickness | 28 grams |
| # of Pages | 35 Sets (70 Pages) |
| Paper Type | NCR Paper |

### Upgrade Your Truck Inspection Process Today!

Step into a world of convenience, compliance, and safety with the Buck Driver Vehicle Inspection Report Book. Each page of our DVIR book simplifies your daily checks, ensuring you effortlessly meet DOT regulations (49 CFR 396.11 and 396.13).

By clicking **'Add to Cart'** now, you're embracing an easier path to efficient inspections and enhanced peace of mind while on the road. Trust in the comprehensive checklist, the built-in DOT-required procedures, and the durability of our 2-ply carbonless forms. Regardless of whether you manage a single vehicle or a large commercial fleet, our DVIR book stands as the indispensable tool for maintaining safety and compliance in your operations.

Seize this opportunity to elevate your truck inspections. Click **'Add to Cart'** today and experience the difference firsthand.

## Videos

## Product information

### Technical Details

### Additional Information

### Warranty & Support

### Feedback

## Similar brands on Amazon

## Products related to this item

- J. J. Keller & Associates, Inc. Detailed Driver's Vehicle Inspection Report - Book ... 995 $5.75
- Detailed Driver's Vehicle Inspection Report, 10 Pack, Pre Trip Inspection Book for ... 40 Amazon's Choice $32.90 prime
- Detailed Driver's Vehicle Inspection Report 50-pk. - Book Format with 31 Sets, 3-PL... 47 $251.50
- 30 Pack Annual Vehicle Inspection Report Forms & 30-Pk Red Aluminum FMCSA Adhesive ... $29.99 prime
- Detailed Driver's Vehicle Inspection Report for Pre- & Post-Trip, Book Format with ... 264 $218.50 ($4.37 / count)
- Detailed Driver's Vehicle Inspection Report 50-pk. - Book Format with 31 Sets, 2-PL... 83 $186.00 ($3.72 / count)
- Annual Vehicle Inspection Report Form 30-pk 3-Ply Carbonless Red FMCSA Label... 55 $29.99 prime

Customizable 2 & 3-Part NCR Purchase Order Books
Custom 8.5" x 11" Carbonless NCR Books in 2-Part Duplicate Invoices,... 4.7 598 $61.07
Sponsored

## Customer reviews

4.6 out of 5
104 global ratings

| | |
|---|---|
| 5 star | 80% |
| 4 star | 8% |
| 3 star | 5% |
| 2 star | 3% |
| 1 star | 4% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

Custom 8.5" x 11" Carbonless NCR Books in 2-Part Duplicate... 4.7 598 $61.07 Sponsored

### Customers say

Customers find the DVIR inspection book easy to use. They appreciate its storage capacity, with one customer noting it's convenient for record keeping.

Generated from the text of customer reviews

**Select to learn more**
Ease of use | Storage capacity

### Top reviews from the United States

Dave`
**Saves the DOT hassle!**
Reviewed in the United States on March 7, 2025
Size: 10 Pack | Verified Purchase
So easy to USE! High quality and a great value! You just have to fill out the information! And it tells you WHEREz to write even! Great product!
Helpful | Report

yonathan muñoz
**excelente**
Reviewed in the United States on June 19, 2025
Size: 1 Pack | Verified Purchase
excelente
Helpful | Report

Tom
**Always have a paper backup**
Reviewed in the United States on June 7, 2025
Size: 1 Pack | Verified Purchase
Firuring most trucking companies have gone electronic, this is a must have as a paper backup.
Helpful | Report

Chuck Burdick
**Easy to use**
Reviewed in the United States on March 18, 2025
Size: 1 Pack | Verified Purchase
Meets requirements
Helpful | Report

DANA HUNTER
**GOOD ITEMS**
Reviewed in the United States on March 3, 2025
Size: 10 Pack | Verified Purchase
GOOD ITEMS
Helpful | Report

Jo E.
**Easy to use**
Reviewed in the United States on March 18, 2024
Size: 1 Pack | Verified Purchase
I purchased these for my husband to use on his truck. He said the forms are easy to follow and don't leave anything out or questions unanswered.
Helpful | Report

Gwyn Burrow
**Quick Delivery A+**
Reviewed in the United States on August 19, 2024
Size: 1 Pack | Verified Purchase
This was exactly what our truck driver needed
Helpful | Report

Susan Holliday
**What, only 1 book**
Reviewed in the United States on September 2, 2024
Size: 1 Pack | Verified Purchase
I only received 1 inspection book. Is that right for paying 18 dollars. Seems wrong
4 people found this helpful
Helpful | Report

See more reviews ›

### Top reviews from other countries

Nc
**Rip off**
Reviewed in Canada on August 8, 2024
Size: 1 Pack | Verified Purchase
28 bucks for 1 booklet what a joke can buy 1 booklet for $6 at staple thought I was getting a pack of 10. Not worth the money
Report

See more reviews ›

## More from frequently bought brands Sponsored

Page 1 of 4

- 5 Pcs 8.5x11inch 2-in-1 Driver Log Books for Truckers Dot Log Book Driver Vehicle I... 8 $32.99 prime Save 5% with coupon
- (50-Pack) Detailed Driver's Vehicle Inspection Report Book Format, 2-Ply... 5 $89.99 prime
- 10 Pack Vehicle Accident Report Kit in Envelope 6 * 9.45 inch Driver's Vehicle Insp... 9 $35.99 prime Save 5% with coupon
- 25Pack Annual Vehicle Inspection Report Form 8.5"*11.4" Detailed Driver's Vehicle I... 21 $19.99 ($0.80 / count) prime Save 5% with coupon
- Detailed Driver's Vehicle Inspection Report, 10 Pack, Pre Trip Inspection Book for ... 40 Amazon's Choice $32.90 prime
- Annual Vehicle Inspection Report Form 30-pk 3-Ply Carbonless Red FMCSA Label... 55 $29.99 prime
- 50 Pack Annual Vehicle Inspection Report Form Detailed Driver's Vehicle Inspection ... 7 $25.99 prime Save 5% with coupon

Kleenex® with Clean Shield® contains mess 3x better* Shop Now *vs. leading value toilet paper © KCWW Sponsored

## Based on your browsing history See more

Page 1 of 5

- 8 Pack Gloss Oversize Goof Trim Ring for Recessed Can Lighting Down Light, Outer Diameter 10 Inches, Inn... 54 $18.44 ($2.31/count) Get it as soon as Saturday, Oct 11 FREE Shipping on orders over $35 shipped by Amazon
- LightingLabs 10 Inch Gloss White Goof Ring Cover for Recessed Lighting Trim - 12-Pack, Includes Easy Mounting... 1 $18.63 ($1.55/count) Get it as soon as Saturday, Oct 11 FREE Shipping on orders over $35 shipped by Amazon
- LightLabs Goof Ring Matte 8 Pack 8.06" Diameter for 6" Cans. Inlcudes Ring Tape to Fix Drywall Damage for Flu... 110 $13.25 ($1.66/count) Get it as soon as Saturday, Oct 11 FREE Shipping on orders over $35 shipped by Amazon
- 6 Pack Gloss White Goof Trim Ring for 4" Inch Recessed Can Lighting Down Light, Outer Diameter 6.7 Inches,... 150 $11.64 ($1.94/count) Get it as soon as Saturday, Oct 11 FREE Shipping on orders over $35 shipped by Amazon
- 6 Pack Gloss White Goof Trim Ring for 8" Inch Recessed Can Lighting Down Light, Outer Diameter 8.6 Inches,... 203 $14.35 ($2.39/count) Get it as soon as Saturday, Oct 11 FREE Shipping on orders over $35 shipped by Amazon
- Lighting Labs 6 Pack Matte White Goof Trim Ring for 4" Inch Recessed Can Lighting Down Lig... 142 Amazon's Choice $11.64 Get it as soon as Saturday, Oct 11 FREE Shipping on orders over $35 shipped by Amazon
- Lighting Labs 6 Pack Matte White Goof Trim Ring for 8" Inch Recessed Can Lighting Down Light, Outer Diameter 8.6... 317 $14.20 ($2.37/count) Get it as soon as Saturday, Oct 11 FREE Shipping on orders over $35 shipped by Amazon
- Lighting Labs 6 Pack Matte White Goof Trim Ring for Recessed Can Lighting Down Light, Outer Diameter 10... 100 $17.26 ($2.88/count) Get it as soon as Saturday, Oct 11 FREE Shipping on orders over $35 shipped by Amazon
- 6 Pack Gloss White Goof Trim Ring for 6" Inch Recessed Lighting Trim Can Light Trim for Down Light, Outer Diameter 8... 325 $12.30 ($2.05/count) Get it as soon as Saturday, Oct 11 FREE Shipping on orders over $35 shipped by Amazon
- LightLabs Goof Ring Gloss 6 Pack 8.06" Diameter for 6" Can Includes Tape to Fix Drywall Damage for Flu... 48 $9.58 Get it as soon as Saturday, Oct 11 FREE Shipping on orders over $35 shipped by Amazon

## Additional items to explore See more

Page 1 of 2

- Lighting Labs - 24 Inch 5000 Kelvin (Daylight White Light Color) LED Under Counter Fixture. Hardwire Direct Wire... 20 $35.99 Get it as soon as Saturday, Oct 11 FREE Shipping by Amazon
- Lighting Labs - 24 Inch 4000 Kelvin (Cool White Light Color) LED Under Counter Fixture. Hardwire Direct Wire Only. Repla... 11 $40.89 Get it as soon as Saturday, Oct 11 FREE Shipping by Amazon
- Hardwired LED Under Cabinet Lighting - 16 Watt, 24", Dimmable, CRI>90, 3000K (Warm White), Under Cabinet... 5,674 $39.89 Get it as soon as Saturday, Oct 11 FREE Shipping by Amazon
- 24 Inch Hardwired Under Cabinet Lights, 2 Colors - 3000K (Soft White) & 4000K (Cool White), Led Under Cabinet Lighting... 835 $41.95 Get it as soon as Saturday, Oct 11 FREE Shipping by Amazon
- Ansen Hardwired Under Cabinet Lighting, 24in 18W LED Light for Kitchen/Closet, 1237lm... 199 Amazon's Choice $34.99 Get it as soon as Saturday, Oct 11 FREE Shipping on orders over $35 shipped by Amazon
- Nicor 24" LED Direct Wire Under Cabinet Light - Dimmable Undercounter LED Lights for Kitchen - Selectable CCT 2700K-... 135 $32.47 Get it as soon as Saturday, Oct 11 FREE Shipping on orders over $35 shipped by Amazon
- UltraPro 24 inch Hardwired Under Cabinet Lights, 3 Color Settings - 2700K/4000K/5000K - Warm White, Cool Whit... 2,077 $38.72 Get it as soon as Saturday, Oct 11 FREE Shipping by Amazon
- GETINLIGHT 24-inch Hardwired Only LED Under Cabinet Lighting, Daylight White(5000k), Dimmable, Matte Whit... 2,987 $37.90 Get it as soon as Saturday, Oct 11 FREE Shipping by Amazon
- ALUSSO LIGHTING® 24 Inch LED Under Cabinet Lighting Hardwired Plug in, 5CCT Color Selectable 2700K-5000K Dimmabl... 101 $34.39 Get it as soon as Saturday, Oct 11 FREE Shipping on orders over $35 shipped by Amazon
- GETINLIGHT 24-inch 3 Color Levels LED Under Cabinet Lighting, Hardwired or Plugged-in, Selectable White... 2,152 $79.90 Get it as soon as Saturday, Oct 11 FREE Shipping by Amazon

## See personalized recommendations

Sign in
New customer? Start here.

Back to top

**Get to Know Us**: Careers, Amazon Newsletter, About Amazon, Accessibility, Sustainability, Press Center, Investor Relations, Amazon Devices, Amazon Science

**Make Money with Us**: Sell on Amazon, Sell apps on Amazon, Supply to Amazon, Protect & Build Your Brand, Become an Affiliate, Become a Delivery Driver, Start a Package Delivery Business, Advertise Your Products, Self-Publish with Us, Become an Amazon Hub Partner, › See More Ways to Make Money

**Amazon Payment Products**: Amazon Visa, Amazon Store Card, Amazon Secured Card, Amazon Business Card, Shop with Points, Credit Card Marketplace, Reload Your Balance, Gift Cards, Amazon Currency Converter

**Let Us Help You**: Your Account, Your Orders, Shipping Rates & Policies, Amazon Prime, Returns & Replacements, Manage Your Content and Devices, Recalls and Product Safety Alerts, Registry & Gift List, Help

amazon English United States

Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management
Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data
Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands
Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home
Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust

Conditions of Use | Privacy Notice | Consumer Health Data Privacy Disclosure | Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

Captured at: 10/06/2025 02:46 PM URL: https://www.amazon.com/Detailed-Driver-Vehicle-Inspection-Report/dp/B0C6Z8ZD1X?ref_=ast_sto_dp&th=1



Shop Blue Summit Supplies

Handling › Legal Forms & Kits



# 250 Pack Detailed Driver Vehicle Inspection Report Book – 35 Sets of Forms Per DVIR Inspection Book, 2 Ply Carbonless, 5.5 x 8.5, Pre Trip Inspection Book for Trucker, FMCSA Compliant, Easy Tear-Out

Visit the BUCK TAPE AS TOUGH AS A BUCK Store

4.6 ★★★★☆ 104 ratings

$1,099.99 ($4.40 / count)

Size: 250 Pack

| 1 Pack | 5 Pack | 10 Pack | 25 Pack | 50 Pack | 100 Pack | 250 Pack |
|---|---|---|---|---|---|---|
| $7.99 | $22.99 ($4.60 / count) | $29.99 ($3.00 / count) | $74.00 ($2.96 / count) | $149.99 | $298.99 ($2.99 / count) | $1,099.99 ($4.40 / count) |

- DOT & FMCSA Compliant: Meets 49 CFR 396.11 and 396.13 requirements for driver vehicle inspection report books.
- Complete Checklist: Covers tractor, trailer, and essential parts for CDL pre trip inspection and daily truck inspection forms.
- Quick Reference to DOT Procedures: Includes DOT-required steps inside for quick driver reference during inspections.
- Durable, Convenient Size: 2-ply carbonless vehicle inspection form (white/yellow copies) resist wear in tough trucking environments. Compact 5.5" x 8.5" size fits easily in cabs and clipboards.
- Perfect for Commercial Fleets: Whether you manage a single vehicle or a large commercial fleet, our pretrip inspection book book is an essential tool for ensuring the safety and compliance of your operations.

$1,099.99 ($4.40 / count)

FREE delivery Tuesday, October 14. Details

Delivering to Chicago 60602 - Update location

In Stock

Quantity: 1

Add to Cart

Buy Now

Ships from Buck USA
Sold by Buck USA
Returns 30-day refund/replacement
Payment Secure transaction

Add a Protection Plan:
- 4-Year Protection Plan for $149.99
- Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

Add to List

## Additional Details

Small Business
This product is from a small business brand. Support small. Learn more

Report an issue with this product or seller

CreativeInk Detailed Driver Daily Vehicle Inspection Report Book/Forms, 35 Sets of Forms per DVIR Log Book, 2 Ply... ★★★★★ 1 $10.99 prime Shop now ›
Sponsored

Goldenfox
Annual Vehicle Inspection Report Form & Label
4.2 ★★★★☆ 27
-5% $13.29 $13.99 prime
Sponsored

Total price: $1,160.88
Add all 3 to Cart
These items are shipped from and sold by different sellers.
Show details

Daily Log Books for Truck Drivers

## The Benefits of Buck Driver DVIR Book



Enhanced Safety
Maintain your truck in peak condition, ensuring safety for you and others on the road.

Durable
Our DVIR book is built to last, even in rugged trucking environments. Effortlessly remove completed forms without hassle.

Compliance
Stay in line with FMCSR regulations and DOT compliance (49 CFR 396.11 and 396.13), avoiding fines and penalties.

## Product Technical Specification

| | |
|---|---|
| Size | 5.5 inch x 8.5 inch |
| Thickness | 28 grams |
| # of Pages | 35 Sets (70 Pages) |
| Paper Type | NCR Paper |

## Upgrade Your Truck Inspection Process Today!

Step into a world of convenience, compliance, and safety with the Buck Driver Vehicle Inspection Report Book. Each page of our DVIR book simplifies your daily checks, ensuring you effortlessly meet DOT regulations (49 CFR 396.11 and 396.13).

By clicking **'Add to Cart'** now, you're embracing an easier path to efficient inspections and enhanced peace of mind while on the road. Trust in the comprehensive checklist, the built-in DOT-required procedures, and the durability of our 2-ply carbonless forms. Regardless of whether you manage a single vehicle or a large commercial fleet, our DVIR book stands as the indispensable tool for maintaining safety and compliance in your operations.

Seize this opportunity to elevate your truck inspections. Click **'Add to Cart'** today and experience the difference firsthand.

### Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Tradex Global Inc |
| Brand | BUCK TAPE AS TOUGH AS A BUCK |
| Product Dimensions | 5.5 x 8.5 x 62.5 inches |
| Size | 250 Pack |
| Manufacturer Part Number | BB-786 |

### Additional Information

| | |
|---|---|
| ASIN | B0C6Z8ZD1X |
| Customer Reviews | 4.6 ★★★★☆ 104 ratings 4.6 out of 5 stars |
| Best Sellers Rank | #25,285 in Office Products (See Top 100 in Office Products) #12 in Legal Forms & Kits |
| Date First Available | June 3, 2023 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

Similar brands on Amazon
Sponsored
Page 1 of 2
NextDayLabels 1099-NEC Forms for 2025, 4-Part Tax Forms, Vendor Kit of ... 4.5 ★★★★☆ 969 $23.99
Blue Summit 1099 NEC Forms 2025 with Envelopes, 25 2025 1099 NEC Tax... 4.6 ★★★★☆ 734 $21.99
10 x Monthly Inspection Tags | 5 x 2 Inch Vinyl Monthly Inspection Stickers | Fire... 4.6 ★★★★☆ 5 $12.99

Related products with free delivery on eligible orders
Sponsored | Try Prime for unlimited fast, free shipping
Page 1 of 8
Goldenfox DOT Inspection Forms and Stickers. 50-Pack,3-Ply Carbonless Annual... ★★★★☆ 27 -5% $38.94 Typical: $40.99 prime
Goldenfox DOT Inspection Forms and Stickers,50-Pack,3-Ply Carbonless Annual... ★★★★★ 4 -5% $38.94 ($0.78 / count) Typical: $40.99 prime
60 Pack Exterior Annual Vehicle Inspection Label, FMCSA Annual Inspection Stickers(... ★★★★★ 15 $29.99 ($0.50 / count) prime
Annual Vehicle Inspection Report Form Dot Annual Inspection Forms and Stickers, 25-... ★★★★★ 1 Limited time deal -50% $5.49 Typical: $10.99 prime
(50-Pack) Detailed Driver's Vehicle Inspection Report Book Format, 2-Ply... ★★★★☆ 5 $89.99 prime
Detailed Driver Daily Vehicle Inspection Report Book/Forms, 35 Sets of Forms per DV... ★★★★★ 1 $10.99 prime
30-Pack Annual Vehicle Inspection Report Form & Adhesive Vinyl Label 2-Ply,3-Ply Ca... ★★★★☆ 45 $17.99 prime

Blue Summit Supplies
Be Prepared for Tax Season with Blue Summit Forms
Blue Summit 1099 NEC Forms 2025 with Envelopes, 25 2025 1099 NEC T... 4.6 ★★★★☆ 734 $21.99 prime
Sponsored

## Customer reviews

★★★★☆ 4.6 out of 5

104 global ratings

| | |
|---|---|
| 5 star | 80% |
| 4 star | 8% |
| 3 star | 5% |
| 2 star | 3% |
| 1 star | 4% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

Blue Summit 1099 NEC Forms 2025 with Envelopes, 25 2025... 4.6 ★★★★☆ 734 $21.99 prime
Sponsored

### Customers say

Customers find the DVIR inspection book easy to use. They appreciate its storage capacity, with one customer noting it's convenient for record keeping.

Generated from the text of customer reviews

Select to learn more

✓ Ease of use | ✓ Storage capacity

### Top reviews from the United States

Dave

★★★★★ **Saves the DOT hassle!**
Reviewed in the United States on March 7, 2025
Size: 10 Pack | Verified Purchase
So easy to USE! High quality and a great value! You just have to fill out the information! And it tells you WHEREz to write even! Great product!
Helpful | Report

yonathan muñoz

★★★★★ **excelente**
Reviewed in the United States on June 19, 2025
Size: 1 Pack | Verified Purchase
excelente
Helpful | Report

Tom

★★★★★ **Always have a paper backup**
Reviewed in the United States on June 7, 2025
Size: 1 Pack | Verified Purchase
Firuring most trucking companies have gone electronic, this is a must have as a paper backup.
Helpful | Report

Chuck Burdick

★★★★★ **Easy to use**
Reviewed in the United States on March 18, 2025
Size: 1 Pack | Verified Purchase
Meets requirements
Helpful | Report

DANA HUNTER

★★★★★ **GOOD ITEMS**
Reviewed in the United States on March 3, 2025
Size: 10 Pack | Verified Purchase
GOOD ITEMS
Helpful | Report

Jo E.

★★★★★ **Easy to use**
Reviewed in the United States on March 18, 2024
Size: 1 Pack | Verified Purchase
I purchased these for my husband to use on his truck. He said the forms are easy to follow and don't leave anything out or questions unanswered.
Helpful | Report

Gwyn Burrow

★★★★★ **Quick Delivery A+**
Reviewed in the United States on August 19, 2024

Be Prepared for Tax Season with Blue Summit Forms — Shop Blue Summit Supplies





Click to see full view

# 100 Pack Detailed Driver Vehicle Inspection Report Book – 35 Sets of Forms Per DVIR Inspection Book, 2 Ply Carbonless, 5.5 x 8.5, Pre Trip Inspection Book for Trucker, FMCSA Compliant, Easy Tear-Out

Visit the BUCK TAPE AS TOUGH AS A BUCK Store
4.6 — 104 ratings

-40% $269.09 ($2.69 / count)
Typical price: $449.99

Size: 100 Pack

| Size | Price |
|---|---|
| 1 Pack | $7.99 ($9.99) |
| 5 Pack | $22.99 ($4.60 / count) ($39.99) |
| 10 Pack | $29.99 ($3.00 / count) |
| 25 Pack | $74.00 ($2.96 / count) ($119.99) |
| 50 Pack | $149.99 ($3.00 / count) ($234.99) |
| 100 Pack | $298.99 ($2.99 / count) ($449.99) |
| 250 Pack | $1,099.99 ($4.40 / count) |

- DOT & FMCSA Compliant: Meets 49 CFR 396.11 and 396.13 requirements for driver vehicle inspection report books.
- Complete Checklist: Covers tractor, trailer, and essential parts for CDL pre trip inspection and daily truck inspection forms.
- Quick Reference to DOT Procedures: Includes DOT-required steps inside for quick driver reference during inspections.
- Durable, Convenient Size: 2-ply carbonless vehicle inspection form (white/yellow copies) resist wear in tough trucking environments. Compact 5.5" x 8.5" size fits easily in cabs and clipboards.
- Perfect for Commercial Fleets: Whether you manage a single vehicle or a large commercial fleet, our pretrip inspection book book is an essential tool for ensuring the safety and compliance of your operations.

## Additional Details

Small Business
This product is from a small business brand. Support small. Learn more

Report an issue with this product or seller

One-time purchase: $298.99 ($2.99 / count)
FREE delivery Friday, October 10
Ships from: Buck USA
Sold by: Buck USA

Subscribe & Save: $269.09 ($2.69 / count)
Save 10% now and up to 15% on repeat deliveries.
- No fees
- Cancel anytime

Learn more

FREE delivery Friday, October 10. Details

In Stock

Quantity: 1

Set Up Now

Deliver every: 3 months (Most common)

| | |
|---|---|
| Ships from | Buck USA |
| Sold by | Buck USA |
| Returns | 30-day refund/replacement |
| Subscription | No fees. Skip or cancel anytime. |

Add to List

(50 Pack) Detailed Driver's Vehicle Inspection Report Book Format, 2-Ply Carbonless, 31 Sets of Forms per DVIR Log... 5 | $89.99 prime Shop now › Sponsored

FMCSA & DOT Compliant – Inspection Forms & Decals 5 19 -62% $24.99 $64.99 Sponsored

## Buy it with

This item: 100 Pack Detailed Driver Vehicle Inspection Report Book – 35 Sets of Forms Per DV… $298.99 ($2.99/count)
+ WORKKOOL Safety Triangles DOT Approved, Standard Warning Triangles Enmergency Reflector… $19.89
+ Daily Log Books for Truck Drivers with 7 & 8 Day Recap, 10 Pack, 2-Ply Carbonless, 35 Sets of Form… $23.90

Total price: $342.78
Add all 3 to Cart
These items are shipped from and sold by different sellers. Show details

## Products related to this item
Sponsored — Page 1 of 44

## More from frequently bought brands
Sponsored

## Product description




### Why Choose Buck Driver DVIR Book?




**Easy to Use** — Our 2-ply carbonless forms are designed for quick and easy documentation.

**FMCSA Compliant** — Stay compliant with the Federal Motor Carrier Safety Regulations.

**35 Sets of Forms** — Each book contains 35 sets of forms, reducing the need for frequent replacements.

**Perfect Size** — Compact 5.5" x 8.5" dimensions make it ideal for on-the-go truck drivers.

### The Benefits of Buck Driver DVIR Book



**Enhanced Safety** — Maintain your truck in peak condition, ensuring safety for you and others on the road.

**Durable** — Our DVIR book is built to last, even in rugged trucking environments. Effortlessly remove completed forms without hassle.

**Compliance** — Stay in line with FMCSR regulations and DOT compliance (49 CFR 396.11 and 396.13), avoiding fines and penalties.

### Product Technical Specification

| | |
|---|---|
| Size | 5.5 inch x 8.5 inch |
| Thickness | 28 grams |
| # of Pages | 35 Sets (70 Pages) |
| Paper Type | NCR Paper |

### Upgrade Your Truck Inspection Process Today!

Step into a world of convenience, compliance, and safety with the Buck Driver Vehicle Inspection Report Book. Each page of our DVIR book simplifies your daily checks, ensuring you effortlessly meet DOT regulations (49 CFR 396.11 and 396.13).

By clicking **'Add to Cart'** now, you're embracing an easier path to efficient inspections and enhanced peace of mind while on the road. Trust in the comprehensive checklist, the built-in DOT-required procedures, and the durability of our 2-ply carbonless forms. Regardless of whether you manage a single vehicle or a large commercial fleet, our DVIR book stands as the indispensable tool for maintaining safety and compliance in your operations.

Seize this opportunity to elevate your truck inspections. Click **'Add to Cart'** today and experience the difference firsthand.

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Tradex Global Inc |
| Brand | BUCK TAPE AS TOUGH AS A BUCK |
| Item Weight | 45 pounds |
| Product Dimensions | 5.5 x 8.5 x 25 inches |
| Size | 100 Pack |
| Manufacturer Part Number | BB-786 |

### Additional Information

| | |
|---|---|
| ASIN | B0C6Z7BH5D |
| Customer Reviews | 4.6 — 104 ratings; 4.6 out of 5 stars |
| Best Sellers Rank | #25,285 in Office Products (See Top 100 in Office Products); #12 in Legal Forms & Kits |
| Date First Available | June 3, 2023 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

## Similar brands on Amazon
Sponsored — Page 1 of 2

Blue Summit 1099 NEC Forms 2025 with Envelopes, 25 2025 1099 NEC Tax… 4.6 734 $21.99
NextDayLabels 1099-NEC Forms for 2025, 4-Part Tax Forms, Vendor Kit of … 4.5 969 $23.99
25 Sets Metal Inspection Tags Safety Inspection Tags Fire Extinguisher… 5.0 14 $13.99 List: $15.99

## Related products with free delivery on eligible orders
Sponsored | Try Prime for unlimited fast, free shipping — Page 1 of 15

5 Pack Annual Vehicle Inspection Report Forms with Red FMCSA Aluminum Labels, 3… $9.99 ($2.00 / count) Save 20% with coupon
25Pack Annual Vehicle Inspection Report Form 8.5"*11.4" Detailed Driver's Vehicle I… 21 $19.99 ($0.80 / count) Save 5% with coupon
20-Pack Annual Vehicle Inspection Report Forms with Red FMCSA Aluminum Labels, 3-Pl… 1 $14.99 ($0.75 / count) Save 20% with coupon
Goldenfox DOT Inspection Forms and Stickers. 50-Pack,3-Ply Carbonless Annual… 27 -5% $38.94 Typical: $40.99
30 Pack Annual Vehicle Inspection Report Forms & 30-Pk Red Aluminum FMCSA Adhesive … $29.99
Annual Vehicle Inspection Report Form 30-pk 3-Ply Carbonless Red FMCSA Label… 55 Amazon's Choice $29.99

Blue Summit Supplies — Be Prepared for Tax Season with Blue Summit Forms
Blue Summit 1099 NEC Forms 2025 with Envelopes, 25 2025 1099 NEC T… 4.6 734 $21.99 prime
Sponsored

## Customer reviews

4.6 out of 5
104 global ratings

| | |
|---|---|
| 5 star | 80% |
| 4 star | 8% |
| 3 star | 5% |
| 2 star | 3% |
| 1 star | 4% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

Blue Summit 1099 NEC Forms 2025 with Envelopes, 25 2025… 4.6 734 $21.99 prime Sponsored

### Customers say

Customers find the DVIR inspection book easy to use. They appreciate its storage capacity, with one customer noting it's convenient for record keeping.

Generated from the text of customer reviews

Select to learn more
Ease of use | Storage capacity

### Top reviews from the United States

**Dave`** — **Saves the DOT hassle!**
Reviewed in the United States on March 7, 2025
Size: 10 Pack | Verified Purchase
So easy to USE! High quality and a great value! You just have to fill out the information! And it tells you WHEREz to write even! Great product!
Helpful | Report

**yonathan muñoz** — **excelente**
Reviewed in the United States on June 19, 2025
Size: 1 Pack | Verified Purchase
excelente
Helpful | Report

**Tom** — **Always have a paper backup**
Reviewed in the United States on June 7, 2025
Size: 1 Pack | Verified Purchase
Firuring most trucking companies have gone electronic, this is a must have as a paper backup.
Helpful | Report

**Chuck Burdick** — **Easy to use**
Reviewed in the United States on March 18, 2025
Size: 1 Pack | Verified Purchase
Meets requirements
Helpful | Report

**DANA HUNTER** — **GOOD ITEMS**
Reviewed in the United States on March 3, 2025
Size: 10 Pack | Verified Purchase
GOOD ITEMS
Helpful | Report

**Jo E.** — **Easy to use**
Reviewed in the United States on March 18, 2024
Size: 1 Pack | Verified Purchase
I purchased these for my husband to use on his truck. He said the forms are easy to follow and don't leave anything out or questions unanswered.
Helpful | Report

**Gwyn Burrow** — **Quick Delivery A+**
Reviewed in the United States on August 19, 2024
Size: 1 Pack | Verified Purchase
This was exactly what our truck driver needed
Helpful | Report

**Susan Holliday** — **What, only 1 book**
Reviewed in the United States on September 2, 2024
Size: 1 Pack | Verified Purchase
I only received 1 inspection book. Is that right for paying 18 dollars. Seems wrong
4 people found this helpful
Helpful | Report

See more reviews ›

### Top reviews from other countries

**Nc** — **Rip off**
Reviewed in Canada on August 8, 2024
Size: 1 Pack | Verified Purchase
28 bucks for 1 booklet what a joke can buy 1 booklet for $6 at staple thought I was getting a pack of 10. Not worth the money
Report

See more reviews ›

## Based on your recent shopping trends
Page 1 of 5

J. J. Keller 25-Pack, Annual Vehicle Inspection Report Form & Red FMCSA Label Aluminum, 3-Ply Carbonless Form,… 994 $63.15 ($2.53/count) Get it as soon as Saturday, Oct 11 FREE Shipping by Amazon
J. J. Keller 100-Pack, Record of Annual Inspection Form with Inspection Decal, 2-Ply Carbonless Form, DOT… 300 $109.00 ($1.09/count) Get it as soon as Saturday, Oct 11 FREE Shipping by Amazon
30-Pack Annual Vehicle Inspection Report Form, 3-Ply Carbonless Form and Hardboard, Includes 30-Pk Red FMCSA DOT… 3 $29.99 Get it as soon as Saturday, Oct 11 FREE Shipping on orders over $35 shipped by Amazon
25Pack dot Inspection Forms and Stickers, fmcsa Annual Inspection Sticker, dot Annual… 64 Amazon's Choice $18.99 ($0.76/count) Get it as soon as Saturday, Oct 11 FREE Shipping on orders over $35 shipped by Amazon

Signature Design by Ashley Chime Full Size Mattress, 12 Inch,… 47,447 $296.49
Sponsored

## Based on your browsing history

## Additional items to explore

## See personalized recommendations
Sign in



Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You

Conditions of Use | Privacy Notice | Consumer Health Data Privacy Disclosure | Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

Be Prepared for Tax Season with Blue Summit Forms | Shop Blue Summit Supplies
Sponsored

Office Products › Office & School Supplies › Forms, Recordkeeping & Money Handling › Legal Forms & Kits




Click to see full view

# 100 Pack Detailed Driver Vehicle Inspection Report Book – 35 Sets of Forms Per DVIR Inspection Book, 2 Ply Carbonless, 5.5 x 8.5, Pre Trip Inspection Book for Trucker, FMCSA Compliant, Easy Tear-Out

Visit the BUCK TAPE AS TOUGH AS A BUCK Store
4.6 ★★★★☆ 104 ratings

-40% $269.09 ($2.69 / count)
Typical price: ~~$449.99~~

Size: 100 Pack

| 1 Pack | 5 Pack | 10 Pack | 25 Pack | 50 Pack | 100 Pack | 250 Pack |
|---|---|---|---|---|---|---|
| $7.99 ~~$8.99~~ | $22.99 ~~$29.99~~ | $29.99 | $74.00 ($2.96 / count) ~~$119.99~~ | $149.99 ($3.00 / count) ~~$234.99~~ | $298.99 ($2.99 / count) ~~$449.99~~ | $1,099.99 |

- DOT & FMCSA Compliant: Meets 49 CFR 396.11 and 396.13 requirements for driver vehicle inspection report books.
- Complete Checklist: Covers tractor, trailer, and essential parts for CDL pre trip inspection and daily truck inspection forms.
- Quick Reference to DOT Procedures: Includes DOT-required steps inside for quick driver reference during inspections.
- Durable, Convenient Size: 2-ply carbonless vehicle inspection form (white/yellow copies) resist wear in tough trucking environments. Compact 5.5" x 8.5" size fits easily in cabs and clipboards.
- Perfect for Commercial Fleets: Whether you manage a single vehicle or a large commercial fleet, our pretrip inspection book book is an essential tool for ensuring the safety and compliance of your operations.

**One-time purchase:** $298.99 ($2.99 / count)
FREE delivery Friday, October 10
Ships from: Buck USA
Sold by: Buck USA

**Subscribe & Save** $269.09 ($2.69 / count)
Save 10% now and up to 15% on repeat deliveries.
- No fees
- Cancel anytime

Learn more
FREE delivery **Friday, October 10**. Details
In Stock
Quantity: 1
Set Up Now
Deliver every: 3 months (Most common)
Ships from Buck USA
Sold by Buck USA
Returns 30-day refund/replacement
Subscription No fees. Skip or cancel anytime.

Add to List

## Additional Details

Small Business
This product is from a small business brand. Support small. Learn more

Report an issue with this product or seller

(50-Pack) Detailed Driver's Vehicle Inspection Report Book Format, 2-Ply Carbonless, 31 Sets of Forms per DVIR Log... ★★★★☆ 5 | $89.99 prime
Shop now ›
Sponsored

FMCSA & DOT Compliant – Inspection Forms & Decals
5 ★★★★★ 19
-62% $24.99 ~~$64.99~~
Sponsored

Buy it with

Daily Log Books for Truck Drivers with 7 & 8 Day Recap, 10 Pack, 2-Ply Carbonless, 35 Sets of Form...

Total price: $342.78
Add all 3 to Cart
These items are shipped from and sold by different sellers.
Show details

## Products related to this item

Detailed Driver's Vehicle Inspection Report, 10 Pack, Pre Trip Inspection Book for ... ★★★★★ 40 Amazon's Choice $32.90 prime
Annual Vehicle Inspection Report Form 30-pk 3-Ply Carbonless Red FMCSA Label... ★★★★☆ 55 $29.99 prime
(50-Pack) Detailed Driver's Vehicle Inspection Report Book Format, 2-Ply... ★★★★☆ 5 $89.99 prime
30 Pack Annual Vehicle Inspection Report Forms & 30-Pk Red Aluminum FMCSA Adhesive ... $29.99 prime
50 Pack Annual Vehicle Inspection Report Form Detailed Driver's Vehicle Inspection ... ★★★★★ 7 $25.99 prime Save 5% with coupon
50 Pack Annual Vehicle Inspection Report Form 8.5"*11.4" Detailed Driver's Vehicle ... ★★★★☆ 21 $42.99 ($0.57 / count) prime Save 5% with coupon
Goldenfox DOT Inspection Forms and Stickers. 50-Pack,3-Ply Carbonless Annual... ★★★★☆ 27 -5% $38.94 Typical: ~~$40.99~~ prime

## More from frequently bought brands

Sponsored

Page 1 of 4

50 Pack Annual Vehicle Inspection Report Form Detailed Driver's Vehicle Inspection ... ★★★★★ 7 $25.99 prime Save 5% with coupon
50 Pack Annual Vehicle Inspection Report Form 8.5"*11.4" Detailed Driver's Vehicle ... ★★★★☆ 21 $42.99 ($0.57 / count) prime Save 5% with coupon
Detailed Driver Daily Vehicle Inspection Report Book/Forms, 35 Sets of Forms per DV... ★★★★★ 1 $10.99 prime
30-Pack Annual Vehicle Inspection Report Form & Adhesive Vinyl Label 2-Ply,3-Ply Ca... ★★★★☆ 45 $17.99 prime
Detailed Driver's Vehicle Inspection Report, 10 Pack, Pre Trip Inspection Book for ... ★★★★★ 40 Amazon's Choice $32.90 prime
(50-Pack) Detailed Driver's Vehicle Inspection Report Book Format, 2-Ply... ★★★★☆ 5 $89.99 prime
Annual Vehicle Inspection Report Form 30-pk 3-Ply Carbonless Red FMCSA Label... ★★★★☆ 55 $29.99 prime

## Product description




### Why Choose Buck Driver DVIR Book?




**Easy to Use**
Our 2-ply carbonless forms are designed for quick and easy documentation.




**FMCSA Compliant**
Stay compliant with the Federal Motor Carrier Safety Regulations.




**35 Sets of Forms**
Each book contains 35 sets of forms, reducing the need for frequent replacements.




**Perfect Size**
Compact 5.5" x 8.5" dimensions make it ideal for on-the-go truck drivers.

### The Benefits of Buck Driver DVIR Book



**Enhanced Safety**
Maintain your truck in peak condition, ensuring safety for you and others on the road.



**Durable**
Our DVIR book is built to last, even in rugged trucking environments. Effortlessly remove completed forms without hassle.



**Compliance**
Stay in line with FMCSR regulations and DOT compliance (49 CFR 396.11 and 396.13), avoiding fines and penalties.

## Product Technical Specification

| | |
|---|---|
| **Size** | 5.5 inch x 8.5 inch |
| **Thickness** | 28 grams |
| **# of Pages** | 35 Sets (70 Pages) |
| **Paper Type** | NCR Paper |

## Upgrade Your Truck Inspection Process Today!

Step into a world of convenience, compliance, and safety with the Buck Driver Vehicle Inspection Report Book. Each page of our DVIR book simplifies your daily checks, ensuring you effortlessly meet DOT regulations (49 CFR 396.11 and 396.13).

By clicking **'Add to Cart'** now, you're embracing an easier path to efficient inspections and enhanced peace of mind while on the road. Trust in the comprehensive checklist, the built-in DOT-required procedures, and the durability of our 2-ply carbonless forms. Regardless of whether you manage a single vehicle or a large commercial fleet, our DVIR book stands as the indispensable tool for maintaining safety and compliance in your operations.

Seize this opportunity to elevate your truck inspections. Click **'Add to Cart'** today and experience the difference firsthand.

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Tradex Global Inc |
| Brand | BUCK TAPE AS TOUGH AS A BUCK |
| Item Weight | 45 pounds |
| Product Dimensions | 5.5 x 8.5 x 25 inches |
| Size | 100 Pack |
| Manufacturer Part Number | BB-786 |

### Additional Information

| | |
|---|---|
| ASIN | B0C6Z7BH5D |
| Customer Reviews | 4.6 ★★★★☆ 104 ratings<br>4.6 out of 5 stars |
| Best Sellers Rank | #25,285 in Office Products (See Top 100 in Office Products)<br>#12 in Legal Forms & Kits |
| Date First Available | June 3, 2023 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

## Similar brands on Amazon

Sponsored

Page 1 of 2

Blue Summit 1099 NEC Forms 2025 with Envelopes, 25 2025 1099 NEC Tax... 4.6 ★★★★☆ 734 $21.99
NextDayLabels 1099-NEC Forms for 2025, 4-Part Tax Forms, Vendor Kit of ... 4.5 ★★★★☆ 969 $23.99
25 Sets Metal Inspection Tags Safety Inspection Tags Fire Extinguisher... 5.0 ★★★★★ 14 $13.99 List: ~~$15.99~~

## Related products with free delivery on eligible orders

Sponsored | Try Prime for unlimited fast, free shipping

Page 1 of 15

## Customer reviews

4.6 out of 5

## Customers say

## Top reviews from the United States

## Top reviews from other countries

## Based on your recent shopping trends

## Based on your browsing history

## Additional items to explore

## See personalized recommendations

Sign in

Captured at: 10/06/2025 02:43 PM
URL: https://www.amazon.com/Detailed-Driver-Vehicle-Inspection-Report/dp/B0C6Z75SD9?ref_=ast_sto_dp&th=1

# 10 Pack Detailed Driver Vehicle Inspection Report Book – 35 Sets of Forms Per DVIR Inspection Book, 2 Ply Carbonless, 5.5 x 8.5, Pre Trip Inspection Book for Truckers, FMCSA Compliant, Easy Tear-Out


## Products related to this item
Sponsored

Page 1 of 50

- Detailed Driver's Vehicle Inspection Report 25-pk. - Book Format with 31 Sets, 2-Pl... 995 — $111.55 ($4.46 / count)
- 50 Pack Annual Vehicle Inspection Report Form Detailed Driver's Vehicle Inspection ... 7 — $25.99 — Save 5% with coupon
- ELD Backup Driver Log Books for Truck Drivers with Detailed Driver Vehicle Inspecti... 48 — -30% $6.99, Typical: $9.99
- 50 Pack Annual Vehicle Inspection Report Form 8.5"*11.4" Detailed Driver's Vehicle ... 21 — $42.99 ($0.57 / count) — Save 5% with coupon
- Detailed Driver's Vehicle Inspection Report for Pre- & Post-Trip, Book Format with ... 264 — $218.50 ($4.37 / count)
- Detailed Driver's Vehicle Inspection Report 50-pk. - Book Format with 31 Sets, 2-Pl... 83 — $186.00 ($3.72 / count)
- Detailed Driver's Vehicle Inspection Report, 10 Pack, Pre Trip Inspection Book for ... 40 — Amazon's Choice — $32.90


## Product description

### Why Choose Buck Driver DVIR Book?

**Easy to Use**
Our 2-ply carbonless forms are designed for quick and easy documentation.

**FMCSA Compliant**
Stay compliant with the Federal Motor Carrier Safety Regulations.

**35 Sets of Forms**
Each book contains 35 sets of forms, reducing the need for frequent replacements.

**Perfect Size**
Compact 5.5" x 8.5" dimensions make it ideal for on-the-go truck drivers.

### The Benefits of Buck Driver DVIR Book



**Enhanced Safety**
Maintain your truck in peak condition, ensuring safety for you and others on the road.



**Durable**
Our DVIR book is built to last, even in rugged trucking environments. Effortlessly remove completed forms without hassle.

**Compliance**
Stay in line with FMCSR regulations and DOT compliance (49 CFR 396.11 and 396.13), avoiding fines and penalties.

## Product Technical Specification

| | |
|---|---|
| Size | 5.5 inch x 8.5 inch |
| Thickness | 28 grams |
| # of Pages | 35 Sets (70 Pages) |
| Paper Type | NCR Paper |

## Upgrade Your Truck Inspection Process Today!

Step into a world of convenience, compliance, and safety with the Buck Driver Vehicle Inspection Report Book. Each page of our DVIR book simplifies your daily checks, ensuring you effortlessly meet DOT regulations (49 CFR 396.11 and 396.13).

By clicking **'Add to Cart'** now, you're embracing an easier path to efficient inspections and enhanced peace of mind while on the road. Trust in the comprehensive checklist, the built-in DOT-required procedures, and the durability of our 2-ply carbonless forms. Regardless of whether you manage a single vehicle or a large commercial fleet, our DVIR book stands as the indispensable tool for maintaining safety and compliance in your operations.

Seize this opportunity to elevate your truck inspections. Click **'Add to Cart'** today and experience the difference firsthand.

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Tradex Global Inc |
| Brand | BUCK TAPE AS TOUGH AS A BUCK |
| Item Weight | 3.08 pounds |
| Product Dimensions | 5.5 x 8.5 x 2.5 inches |
| Size | 10 Pack |
| Manufacturer Part Number | BB-786 |

### Additional Information

| | |
|---|---|
| ASIN | B0C6Z75SD9 |
| Customer Reviews | 4.6 104 ratings<br>4.6 out of 5 stars |
| Best Sellers Rank | #25,337 in Office Products (See Top 100 in Office Products)<br>#12 in Legal Forms & Kits |
| Date First Available | June 3, 2023 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?


## Similar brands on Amazon
Sponsored

Page 1 of 2

- Blue Summit 1099 NEC Forms 2025 with Envelopes, 25 2025 1099 NEC Tax... 4.6 734 — $21.99
- NextDayLabels 1099-NEC Forms for 2025, 4-Part Tax Forms, Vendor Kit of ... 4.5 969 — $23.99
- 26 Pack Checkbook Register, Check Registers for Personal Checkbook, 6" x... 3.6 8 — $8.49

## Products related to this item
Sponsored

Page 1 of 50

- J. J. Keller & Associates, Inc. Detailed Driver's Vehicle Inspection Report - Book ... 995 — $5.75
- Detailed Driver's Vehicle Inspection Report, 10 Pack, Pre Trip Inspection Book for ... 40 — Amazon's Choice — $32.90
- Detailed Driver's Vehicle Inspection Report 50-pk. - Book Format with 31 Sets, 3-Pl... 47 — $251.50
- 30 Pack Annual Vehicle Inspection Report Forms & 30-Pk Red Aluminum FMCSA Adhesive ... — $29.99
- Detailed Driver's Vehicle Inspection Report for Pre- & Post-Trip, Book Format with ... 264 — $218.50 ($4.37 / count)
- Detailed Driver's Vehicle Inspection Report 50-pk. - Book Format with 31 Sets, 2-Pl... 83 — $186.00 ($3.72 / count)
- Annual Vehicle Inspection Report Form 30-pk 3-Ply Carbonless Red FMCSA Label... 55 — $29.99

Customizable 2 & 3-Part NCR Purchase Order Books

Custom 8.5" x 11" Carbonless NCR Books in 2-Part Duplicate Invoices,... 4.7 598 — $61.07

Sponsored


## Customer reviews

4.6 out of 5

104 global ratings

| | |
|---|---|
| 5 star | 80% |
| 4 star | 8% |
| 3 star | 5% |
| 2 star | 3% |
| 1 star | 4% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

### Customers say

Customers find the DVIR inspection book easy to use. They appreciate its storage capacity, with one customer noting it's convenient for record keeping.

Generated from the text of customer reviews

Select to learn more

Ease of use · Storage capacity

### Top reviews from the United States

Dave`
**Saves the DOT hassle!**
Reviewed in the United States on March 7, 2025
Size: 10 Pack | Verified Purchase
So easy to USE! High quality and a great value! You just have to fill out the information! And it tells you WHEREz to write even! Great product!
Helpful | Report

yonathan muñoz
**excelente**
Reviewed in the United States on June 19, 2025
Size: 1 Pack | Verified Purchase
excelente
Helpful | Report

Tom
**Always have a paper backup**
Reviewed in the United States on June 7, 2025
Size: 1 Pack | Verified Purchase
Firuring most trucking companies have gone electronic, this is a must have as a paper backup.
Helpful | Report

Chuck Burdick
**Easy to use**
Reviewed in the United States on March 18, 2025
Size: 1 Pack | Verified Purchase
Meets requirements
Helpful | Report

DANA HUNTER
**GOOD ITEMS**
Reviewed in the United States on March 3, 2025
Size: 10 Pack | Verified Purchase
GOOD ITEMS
Helpful | Report

Jo E.
**Easy to use**
Reviewed in the United States on March 18, 2024
Size: 1 Pack | Verified Purchase
I purchased these for my husband to use on his truck. He said the forms are easy to follow and don't leave anything out or questions unanswered.
Helpful | Report

Gwyn Burrow
**Quick Delivery A+**
Reviewed in the United States on August 19, 2024
Size: 1 Pack | Verified Purchase
This was exactly what our truck driver needed
Helpful | Report

Susan Holliday
**What, only 1 book**
Reviewed in the United States on September 2, 2024
Size: 1 Pack | Verified Purchase
I only received 1 inspection book. Is that right for paying 18 dollars. Seems wrong
4 people found this helpful
Helpful | Report

See more reviews

### Top reviews from other countries

Nc
**Rip off**
Reviewed in Canada on August 8, 2024
Size: 1 Pack | Verified Purchase
28 bucks for 1 booklet what a joke can buy 1 booklet for $6 at staple thought I was getting a pack of 10. Not worth the money
Report

See more reviews


## More from frequently bought brands
Sponsored

Page 1 of 4

- 5 Pcs 8.5x11inch 2-in-1 Driver Log Books for Truckers Dot Log Book Driver Vehicle I... 8 — $32.99 — Save 5% with coupon
- (50-Pack) Detailed Driver's Vehicle Inspection Report Book Format, 2-Ply... 5 — $89.99
- 10 Pack Vehicle Accident Report Kit in Envelope 6 * 9.45 inch Driver's Vehicle Insp... 9 — $35.99 — Save 5% with coupon
- 25Pack Annual Vehicle Inspection Report Form 8.5"*11.4" Detailed Driver's Vehicle I... 21 — $19.99 ($0.80 / count) — Save 5% with coupon
- Detailed Driver's Vehicle Inspection Report, 10 Pack, Pre Trip Inspection Book for ... 40 — Amazon's Choice — $32.90
- Annual Vehicle Inspection Report Form 30-pk 3-Ply Carbonless Red FMCSA Label... 55 — $29.99
- 50 Pack Annual Vehicle Inspection Report Form Detailed Driver's Vehicle Inspection ... 7 — $25.99 — Save 5% with coupon

Beauty of Joseon — Your Everyday Korean Skin Care — Shop now

# ANNUAL VEHICLE INSPECTION REPORT

Customizable 2 & 3-Part NCR Purchase Order Books — Shop PrintPPS — Sponsored





Click to see full view

# 5 Pack 3-Ply Carbonless Annual Vehicle Inspection Report Forms with FMCSA Red Aluminum Labels & White Mylar Laminate Vinyl Labels, DOT Inspection Forms and Stickers, Shrink-Wrapped, 8.5" x 11.75"

Visit the BUCK TAPE AS TOUGH AS A BUCK Store
5.0 ★★★★★ 19 ratings
Amazon's Choice

Lowest price in 30 days
-35% $12.99
Typical price: $19.99

Size: AVIR Form w/ Red & White Label
- White Mylar Label $7.99 ($9.99)
- Red Label $7.99
- AVIR Form w/ Red... $9.99 ($13.99)
- AVIR Form w/ White... $9.99 ($19.99)
- AVIR Form w/ Red &... $12.99 ($19.99)

Style: 5 Pack
5 Pack | 10 Pack | 25 Pack | 50 Pack | 100 Pack

| | |
|---|---|
| Color | Red |
| Size | AVIR Form w/ Red & White Label |
| Brand | BUCK TAPE AS TOUGH AS A BUCK |
| Finish Type | Laminated |
| Shape | Rectangular |

$12.99
FREE delivery Tuesday, October 14. Details
Or fastest delivery October 8 - 9. Details
Delivering to Chicago 60602 - Update location
In Stock
Quantity: 1
Add to Cart
Buy Now
Ships from Buck USA
Sold by Buck USA
Returns 30-day refund/replacement
Payment Secure transaction
Add to List

## About this item

- DOT Compliant: Fully meets 49 CFR 396.17 and 396.21 requirements, ensuring your annual vehicle inspection form and label set is compliant and helping you avoid costly fines.
- Complete Kit: Each pack includes 5 sets of 3-ply carbonless annual inspection forms (8.5" x 11.75") along with red aluminum labels & white mylar laminate vinyl labels for comprehensive vehicle for clear, professional inspections.
- Durable & Weatherproof: Crisp, clear copies on carbonless vehicle inspection forms paired with heat-resistant DOT inspection stickers that withstand tough trucking environments.
- Permanent Markings: Writable labels create lasting indentations for clear, legible inspection records.
- Easy Record-Keeping: 3-ply design provides original, duplicate, and vehicle copies of the truck inspection forms for organized documentation and effortless FMCSA compliance.
- Neat & Secure Packaging: Shrink-wrapped forms keep them clean, organized, and ready for use. Made in the USA for superior quality.

## Additional Details

Small Business
This product is from a small business brand. Support small. Learn more

Report an issue with this product or seller

Annual Vehicle Inspection Repor... 4.5 ★★★★ 26 $39.99 prime — Sponsored
Annual Vehicle Inspection Report Form 30-pk 3-Ply Carbonless,Adhesive Vinyl Label 2-Ply ★★★★ 30 $39.99 prime — Sponsored

## Similar item with fast delivery

Amazon's Choice
10 Pack 3-Ply Carbonless Annual Vehicle Inspection Report Forms with FMCSA Red Aluminum Adhesive Labels, DOT Inspection Forms and Stickers, Shrink-Wrapped, 8.5" x 11.75" - Made in USA
★★★★★ (19)
$16.99

## Buy it with

Total price: $62.87
Add all 3 to Cart
These items are shipped from and sold by different sellers. Show details

## Products related to this item

## Based on your recent shopping trends

- Annual Vehicle Inspection Report Form 30-pk 3-Ply Carbonless Red FMCSA Label Aluminum ★★★★ 55 Amazon's Choice $29.99 Get it as soon as Saturday, Oct 11 FREE Shipping on orders over $35 shipped by Amazon
- YNXPTBNC Annual Vehicle Inspection Report Form 5-pk 3-Ply Carbonless,8.5" x 11.75" + Label... ★★★★ 45 $9.99 Get it as soon as Saturday, Oct 11 FREE Shipping on orders over $35 shipped by Amazon
- J. J. Keller 5-Pack, Aluminum Annual Vehicle Inspection Label with Punch Boxes, Red FMCSA Label, DOT Compliant ★★★★ 291 $8.65 ($1.73/count) Get it Oct 10 - 15 FREE Shipping
- J. J. Keller 10-Pack, Annual Vehicle Inspection Report Form & Red FMCSA Label Aluminum, 3-Ply Carbonless Form,... ★★★★★ 994 $28.85 ($2.89/count) Get it as soon as Saturday, Oct 11 FREE Shipping on orders over $35 shipped by Amazon
- Annual Vehicle Inspection Report Form 30-pk 3-Ply Carbonless,Adhesive Vinyl Label 2-Ply ★★★★ 30 $39.99 Get it as soon as Saturday, Oct 11 FREE Shipping by Amazon

## Product description

BUCK



### Buy Forms with Confidence from Buck

Proudly American. Unmatched Craftsmanship

At Buck, we don't just sell products—we create them with American craftsmanship & precision. As a **small, US-owned business**, we take pride in delivering high-quality, long-lasting materials made right here in the USA. Unlike mass-produced imports, our products are engineered for accuracy and reliability so professionals have the best tools on the job.

Stay Compliant, Stay Protected

Compliance isn't optional—it's essential. Buck provides a wide range of industry-compliant forms and inspection labels designed to meet **DOT, FMCSA, and regulatory requirements**. Our products ensure your business stays audit-ready, helping you avoid penalties and maintain safety standards with ease.

Compliance & Inspection Forms for Drivers & Fleets
- Annual Vehicle Inspection Forms
- Annual Vehicle Inspection Stickers & Labels
- Driver Daily Log Book
- Driver Vehicle Inspection Book
- ELD Backup Driver Log Book
- Record of Annual Inspection Forms

Designed for Simplicity, Engineered for Excellence

Managing records and inspections shouldn't slow you down. Buck offers intuitive, well-structured forms and inspection labels that make documentation fast and hassle-free. With **premium materials, crisp printing, and user-friendly designs**, our products provide efficiency and reliability in every detail.

| | 5 Pack Buck 3-Ply Carbonless Annual Vehicle Inspection Report Forms with Red ... | 5 Pack Buck 3-Ply Carbonless Annual Vehicle Inspection Report Forms with 2-Pl... | 5 Pack Buck 3-Ply Carbonless Annual Vehicle Inspection Report Forms with Red ... | 10 Pack Buck Record of Annual Inspection Forms with Inspection Decal, 2-Ply C... | 5 Pack Buck Aluminum Annual Vehicle Inspection Label with Punch Boxes, 2 Mil ... | 5 Pack Buck Annual Vehicle Inspection Label, 2-Ply Adhesive Vinyl with Mylar ... |
|---|---|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Reviews | ★★★★★ 19 | ★★★★★ 19 | ★★★★★ 19 | ★★★★½ 13 | ★★★★★ 19 | ★★★★★ 19 |
| Price | $9.99 | $9.99 | $12.99 | $16.99 | $7.99 | $7.99 |
| Number of Plies | 3-Ply | 3-Ply | 3-Ply | 3-Ply | 2-Ply | 2-Ply |
| Packaging | Shrink-wrapped | Shrink-wrapped | Shrink-wrapped | Shrink-wrapped | Shrink-wrapped | Shrink-wrapped |
| Label Material | Aluminum with Punch Boxes | Vinyl with Mylar Laminate | Aluminum Punch Box & Vinyl Mylar Labels | Vinyl with Mylar Laminate | Aluminum with Punch Boxes | |
| Carbonless | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Available Pack Sizes | 5, 10, 25, 50, 100 | 5, 10, 25, 50, 100 | 5, 10, 25, 50, 100 | 5, 10, 25, 50, 100 | 5, 10, 25, 50, 100 | 5, 10, 25, 50, 100 |

### Upgrade Your Vehicle Inspections Today!

Ensure compliance, efficiency, and durability with Buck USA's Annual Vehicle Inspection Forms & Labels. Designed to meet DOT regulations, our premium materials, clear layouts, and durable aluminum & vinyl labelssimplify inspections and record-keeping.

Stay audit-ready with reliable, easy-to-use forms built for single vehicles or full fleets. Click **'Add to Cart'** now and experience the Buck USA difference!

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Tradex Global Inc |
| Brand | BUCK TAPE AS TOUGH AS A BUCK |
| Item Weight | 4.8 ounces |
| Product Dimensions | 12 x 9 x 1 inches |
| Item model number | AV-42221 |
| Color | Red |
| Shape | Rectangular |
| Size | AVIR Form w/ Red & White Label |
| Manufacturer Part Number | AV-42221 |

### Additional Information

| | |
|---|---|
| ASIN | B0DSJYF7MR |
| Customer Reviews | 5.0 ★★★★★ 19 ratings 5.0 out of 5 stars |
| Best Sellers Rank | #48,277 in Office Products (See Top 100 in Office Products) #28 in Legal Forms & Kits |
| Date First Available | January 8, 2025 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

## Similar brands on Amazon

Sponsored — Page 1 of 2
- NextDayLabels 1099-NEC Forms for 2025, 4-Part Tax Forms, Vendor Kit of ... 4.5 ★★★★ 969 $23.99
- Sutter Signs Automotive Service Tag Numbers (1000-1999) Red Green... 4.5 ★★★★ 33 $52.99
- Resholder 250 Pack Patient Sign in Sheets Hipaa Compliant Patient Sign i... 5.0 ★★★★★ 2 $69.99 List: $84.99

## Products related to this item

Sponsored — Page 1 of 48
- YNXPTBNC Annual Vehicle Inspection Report Form 5-pk 3-Ply Carbonless,8.5" x... ★★★★ 45 $9.99 prime
- 15 Packs Dot Inspection Forms and Stickers, Annual Vehicle Inspection Report... ★★★★ 20 $13.99 prime
- Annual Vehicle Inspection Label 50-Pack Interior Vehicle Inspection 2-Ply... ★★★★ 2 $29.99 prime
- Annual Vehicle Inspection Report Form 25-pk 3-Ply Carbonless, 8.5" x 11.75" + Label... ★★★★ 83 Amazon's Choice -25% $29.99 List: $39.99 prime
- Annual Vehicle Inspection Report Form 30-pk 3-Ply Carbonless,Adhesive... ★★★★ 30 Amazon's Choice $39.99 prime
- CreativeInk 60 Pack Exterior Annual Vehicle Inspection Label, FMCSA Annual Inspecti... ★★★★★ 15 $29.99 ($0.50 / count) prime
- Annual Vehicle Inspection Label 25 Pack 1.6 mil Aluminum Label with Permanent Self ... ★★★★ 20 Amazon's Choice $29.99 ($1.20 / count) prime

Buck's FMCSA Compliant Books: Inspect, Log & Recap
Detailed Driver Vehicle Inspection Report Book – 35 Sets of Forms Per... 4.6 ★★★★ 104 -20% $7.99 $9.99 prime
Sponsored

## Customer reviews

★★★★★ 5 out of 5
19 global ratings

| | |
|---|---|
| 5 star | 100% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

### Top reviews from the United States

Translate all reviews to English

Buford in Statesville
★★★★★ **Nice quality**
Reviewed in the United States on October 5, 2025
Size: AVIR Form w/ Red Label | Style: 10 Pack | Verified Purchase
Great Products had a great price and they shipped right on time and the trucks keep rolling.
Helpful | Report

Amazon Customer
★★★★★ **N/a**
Reviewed in the United States on July 4, 2025
Size: White Mylar Label | Style: 10 Pack | Verified Purchase
Compact easy to use
Helpful | Report

aracely
★★★★★ **Bueno**
Reviewed in the United States on May 1, 2025
Size: AVIR Form w/ Red Label | Style: 5 Pack | Verified Purchase
Es de muy buen material
Helpful | Report
Translate review to English

Erick Sanchez
★★★★★ **Exelent**
Reviewed in the United States on March 19, 2025
Size: AVIR Form w/ Red Label | Style: 10 Pack | Verified Purchase
Amazon Continue to be # 1
Helpful | Report

Julie
★★★★★ **d**
Reviewed in the United States on February 28, 2025
Size: White Mylar Label | Style: 100 Pack | Verified Purchase
Great Price and product
Helpful | Report

jose Humberto herrera Martinez
★★★★★ **N**
Reviewed in the United States on August 10, 2025
Size: AVIR Form w/ Red Label | Style: 50 Pack | Verified Purchase
Buenisimo
Helpful | Report
Translate review to English

See more reviews ›

## 4 stars and above

Sponsored — Page 1 of 7
- J. J. Keller 5-Pack, Aluminum Annual Vehicle Inspection Label with Punch Boxes, Red... ★★★★ 291 $8.65 ($1.73 / count)
- Annual Vehicle Inspection Report Form 25-pk 3-Ply Carbonless, 8.5" x 11.75" + 2-Ply... ★★★★ 84 -25% $29.99 List: $39.99 prime
- Vehicle Purchase Agreement Forms (2-Part) (100 per Pack) ★★★★ 118 Amazon's Choice $25.25 ($0.25 / count) prime
- NextDayLabels - Vehicle Transport Bill of Lading (BOL) Form, 2 Part Carbonless (100... ★★★★ 258 $32.75 prime
- Weekgrat 10 Pack Driver Daily Log Book 8.5" x 5.5" Log Book with Detailed Driver Ve... ★★★★ 57 Amazon's Choice $22.99 prime
- Driver Daily Log Book 10-pk. with Detailed Driver Vehicle Inspection Report & Simpl... ★★★★ 216 $39.35 prime
- Custom Invoice Form with Your Company Name,Personalized Carbonless Form 3... ★★★★ 141 $31.99

PUNCHMAN — DOT Inspection Forms and Stickers 4.5 ★★★★ 20 $35.99 prime — Sponsored

## Related to items you've viewed

## Based on your browsing history

See personalized recommendations
Sign in
New customer? Start here.

Back to top



Conditions of Use | Privacy Notice | Consumer Health Data Privacy Disclosure | Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

COMPLYRIGHT Shop COMPLYRIGHT

Legal Forms & Kits



Click to see full view

# 10 Pack 3-Ply Carbonless Annual Vehicle Inspection Report Forms with FMCSA Red Aluminum Labels & White Mylar Laminate Vinyl Labels, DOT Inspection Forms and Stickers, Shrink-Wrapped, 8.5" x 11.75"

Visit the BUCK TAPE AS TOUGH AS A BUCK Store

5.0 ★★★★★ 19 ratings

$19.99

Size: AVIR Form w/ Red & White Label

| White Mylar Label | Red Label | AVIR Form w/ Red... | AVIR Form w/ White... | AVIR Form w/ Red &... |
|---|---|---|---|---|
| $12.99 | $12.99 | $16.99 ~~$26.99~~ | $16.99 | $19.99 |

Style: 10 Pack

10 Pack | 5 Pack | 25 Pack | 50 Pack | 100 Pack

| | |
|---|---|
| Size | AVIR Form w/ Red & White Label |
| Brand | BUCK TAPE AS TOUGH AS A BUCK |
| Number of Labels | 1 |
| UPC | 782926663612 |
| Style | 10 Pack |

$19.99

FREE delivery **Tuesday, October 14**. Details

Or fastest delivery **October 8 - 9**. Details

Delivering to Chicago 60602 - Update location

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Buck USA |
| Sold by | Buck USA |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

Add to List

## About this item

- DOT Compliant: Fully meets 49 CFR 396.17 and 396.21 requirements, ensuring your annual vehicle inspection form and label set is compliant and helping you avoid costly fines.
- Complete Kit: Each pack includes 10 sets of 3-ply carbonless annual inspection forms (8.5" x 11.75") along with red aluminum labels & white mylar laminate vinyl labels for comprehensive vehicle for clear, professional inspections.
- Durable & Weatherproof: Crisp, clear copies on carbonless vehicle inspection forms paired with heat-resistant DOT inspection stickers that withstand tough trucking environments.
- Permanent Markings: Writable labels create lasting indentations for clear, legible inspection records.
- Easy Record-Keeping: 3-ply design provides original, duplicate, and vehicle copies of the truck inspection forms for organized documentation and effortless FMCSA compliance.
- Neat & Secure Packaging: Shrink-wrapped forms keep them clean, organized, and ready for use. Made in the USA for superior quality.

Annual Vehicle Inspection Repor... 4.5 ★★★★★ 26 $39.99 prime Sponsored

## Additional Details

Small Business

This product is from a small business brand. Support small. Learn more

Report an issue with this product or seller

Annual Vehicle Inspection Report Form 30-pk 3-Ply Carbonless,Adhesive Vinyl Label 2-Ply ★★★★☆ 30 $39.99 prime Sponsored

## Similar item with fast delivery

Amazon's Choice

10 Pack 3-Ply Carbonless Annual Vehicle Inspection Report Forms with FMCSA Red Aluminum Adhesive Labels, DOT Inspection Forms and Stickers, Shrink-Wrapped, 8.5" x 11.75" - Made in USA ★★★★★ (19) $16.99

## Products related to this item

Page 1 of 32

## Based on your recent shopping trends

Page 1 of 2

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Tradex Global Inc |
| Brand | BUCK TAPE AS TOUGH AS A BUCK |
| Item Weight | 9.6 ounces |
| Product Dimensions | 12 x 9 x 1 inches |
| Item model number | AV-42221 |
| Size | AVIR Form w/ Red & White Label |
| Manufacturer Part Number | AV-42221 |

### Additional Information

| | |
|---|---|
| ASIN | B0DSK143R1 |
| Customer Reviews | 5.0 ★★★★★ 19 ratings<br>5.0 out of 5 stars |
| Best Sellers Rank | #48,277 in Office Products (See Top 100 in Office Products)<br>#28 in Legal Forms & Kits |
| Date First Available | January 8, 2025 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

## Product Description

Ensure compliance with FMCSA and DOT regulations under 49 CFR 396.17 and 396.21 with the 10 Pack Buck Annual Vehicle Inspection Report Forms and Labels. This complete kit includes 10 sets of 3-ply carbonless forms (8.5" x 11.8") and red aluminum adhesive labels with punch boxes, providing a reliable solution for annual vehicle inspections. The 3-ply carbonless forms are designed to produce clear, smudge-free copies for seamless recordkeeping, offering an original, duplicate, and vehicle copy for efficient documentation. The red aluminum labels are equipped with punch boxes for marking inspection dates and feature a strong adhesive backing that ensures secure attachment to any vehicle surface. Built from durable aluminum, the labels are weatherproof and resistant to heat, tearing, and wear, ensuring they stay intact and legible even in harsh environmental conditions. When marked with a pen or pencil, the punch boxes create permanent indentations that will not fade over time, providing lasting inspection records that meet regulatory standards. The kit is ideal for fleet managers, logistics companies, repair shops, and transportation enterprises, helping them maintain organized and compliant inspection records while reducing the risk of fines. Each form and label set is shrink-wrapped to keep it clean, organized, and ready for immediate use. Whether managing a small fleet or a large one, this cost-effective bundle offers long-lasting performance and reliability. Proudly made in the USA, these inspection forms and labels are manufactured to the highest quality standards, providing a durable, efficient, and compliant solution for vehicle inspections.

## Similar brands on Amazon

Sponsored Page 1 of 2

NextDayLabels 1099-NEC Forms for 2025, 4-Part Tax Forms, Vendor Kit of ... 4.5 ★★★★★ 969 $23.99

Sutter Signs Automotive Service Tag Numbers (1000-1999) Red Green... 4.5 ★★★★★ 33 $52.99

Resholder 250 Pack Patient Sign in Sheets Hipaa Compliant Patient Sign i... 5.0 ★★★★★ 2 $69.99 List: $84.99

## Products related to this item

Page 1 of 32

NextDay Labels Insurance claim form 1500

NextDayLabels - CMS 1500 / HCFA 1500 Insurance Claim Form... 4.6 ★★★★★ 1,324 $53.99 prime

## Customer reviews

★★★★★ 5 out of 5

19 global ratings

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

Detailed Driver Vehicle Inspection Report Book – 35 Sets of Forms.. 4.6 ★★★★★ 104 $7.99 $9.99 prime Sponsored

### Top reviews from the United States

Translate all reviews to English

Buford in Statesville

★★★★★ **Nice quality**

Reviewed in the United States on October 5, 2025

Size: AVIR Form w/ Red Label | Style: 10 Pack | Verified Purchase

Great Products had a great price and they shipped right on time and the trucks keep rolling.

Helpful | Report

Amazon Customer

★★★★★ **N/a**

Reviewed in the United States on July 4, 2025

Size: White Mylar Label | Style: 10 Pack | Verified Purchase

Compact easy to use

Helpful | Report

aracely

★★★★★ **Bueno**

Reviewed in the United States on May 1, 2025

Size: AVIR Form w/ Red Label | Style: 5 Pack | Verified Purchase

Es de muy buen material

Helpful | Report

Translate review to English

Erick Sanchez

★★★★★ **Exelent**

Reviewed in the United States on March 19, 2025

Size: AVIR Form w/ Red Label | Style: 10 Pack | Verified Purchase

Amazon Continue to be # 1

Helpful | Report

Julie

★★★★★ **d**

Reviewed in the United States on February 28, 2025

Size: White Mylar Label | Style: 100 Pack | Verified Purchase

Great Price and product

Helpful | Report

jose Humberto herrera Martinez

★★★★★ **N**

Reviewed in the United States on August 10, 2025

Size: AVIR Form w/ Red Label | Style: 50 Pack | Verified Purchase

Buenisimo

Helpful | Report

Translate review to English

See more reviews ›

## More from frequently bought brands

Sponsored Page 1 of 2

30-Pack Annual Vehicle Inspection Report Form & Adhesive Vinyl Label 2-Ply,3-Ply Ca... ★★★★☆ 45 $17.99 ($0.60 / count)

60 Pack Annual Vehicle Inspection Label, Interior Vehicle Inspection Sticker Adhesi... ★★★★★ 3 $26.99 ($0.45 / count)

25 Pack 3-Ply Carbonless Annual Vehicle Inspection Report Form with White Interior ... ★★★★☆ 6 $19.99 ($0.80 / count)

50 Pack Annual Vehicle Inspection Report Form Detailed Driver's Vehicle Inspection ... ★★★★★ 7 $25.99 Save 5% with coupon

Annual Vehicle Inspection Report Form 30-pk 3-Ply Carbonless,Adhesive... ★★★★☆ 30 Amazon's Choice $39.99

15 Packs Dot Inspection Forms and Stickers, Annual Vehicle Inspection Report... $13.99

## More items to consider

Page 1 of 4

## Based on your browsing history

Page 1 of 2

## See personalized recommendations

Sign in

Back to top



© 1996-2025, Amazon.com, Inc. or its affiliates



# 50 Pack 3-Ply Carbonless Annual Vehicle Inspection Report Forms with FMCSA Red Aluminum Labels & White Mylar Laminate Vinyl Labels, DOT Inspection Forms and Stickers, Shrink-Wrapped, 8.5" x 11.75"

Visit the BUCK TAPE AS TOUGH AS A BUCK Store
5.0 ★★★★★ 19 ratings

$59.99

Size: AVIR Form w/ Red & White Label

| White Mylar Label | Red Label | AVIR Form w/ Red... | AVIR Form w/ White... | AVIR Form w/ Red &... |
|---|---|---|---|---|
| $29.99 ~~$48.99~~ | $39.99 ~~$84.99~~ | $48.99 ~~$127.99~~ | $48.99 | $59.99 |

Style: 50 Pack
50 Pack | 5 Pack | 10 Pack | 25 Pack | 100 Pack

| | |
|---|---|
| Size | AVIR Form w/ Red & White Label |
| Brand | BUCK TAPE AS TOUGH AS A BUCK |
| Number of Labels | 1 |
| UPC | 782926663674 |
| Style | 50 Pack |

## About this item

- DOT Compliant: Fully meets 49 CFR 396.17 and 396.21 requirements, ensuring your annual vehicle inspection form and label set is compliant and helping you avoid costly fines.
- Complete Kit: Each pack includes 50 sets of 3-ply carbonless annual inspection forms (8.5" x 11.75") along with red aluminum labels & white mylar laminate vinyl labels for comprehensive vehicle for clear, professional inspections.
- Durable & Weatherproof: Crisp, clear copies on carbonless vehicle inspection forms paired with heat-resistant DOT inspection stickers that withstand tough trucking environments.
- Permanent Markings: Writable labels create lasting indentations for clear, legible inspection records.
- Easy Record-Keeping: 3-ply design provides original, duplicate, and vehicle copies of the truck inspection forms for organized documentation and effortless FMCSA compliance.
- Neat & Secure Packaging: Shrink-wrapped forms keep them clean, organized, and ready for use. Made in the USA for superior quality.

## Additional Details

Small Business
This product is from a small business brand. Support small. Learn more

Report an issue with this product or seller

$59.99
FREE delivery Tuesday, October 14. Details
Or fastest delivery October 8 - 9. Details
Delivering to Chicago 60602 - Update location
In Stock
Quantity: 1
Add to Cart
Buy Now

| | |
|---|---|
| Ships from | Buck USA |
| Sold by | Buck USA |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

Add to List

Annual Vehicle Inspection Repor... 4.5 ★★★★★ 26 $39.99 prime
Sponsored

Annual Vehicle Inspection Report Form 30-pk 3-Ply Carbonless,Adhesive Vinyl Label 2-Ply
★★★★☆ 30 | $39.99 prime
Shop now ›
Sponsored

## Products related to this item

## More from frequently bought brands

## Product description





Buy Forms with Confidence from Buck

Stay Compliant, Stay Protected

Designed for Simplicity, Engineered for Excellence

## Upgrade Your Vehicle Inspections Today!

Ensure compliance, efficiency, and durability with Buck USA's Annual Vehicle Inspection Forms & Labels. Designed to meet DOT regulations, our premium materials, clear layouts, and durable aluminum & vinyl labelssimplify inspections and record-keeping.

Stay audit-ready with reliable, easy-to-use forms built for single vehicles or full fleets. Click **'Add to Cart'** now and experience the Buck USA difference!

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Tradex Global Inc |
| Brand | BUCK TAPE AS TOUGH AS A BUCK |
| Item Weight | 2.89 pounds |
| Product Dimensions | 12 x 9 x 1 inches |
| Item model number | AV-42221 |
| Size | AVIR Form w/ Red & White Label |
| Manufacturer Part Number | AV-42221 |

### Additional Information

| | |
|---|---|
| ASIN | B0DSK2D9LQ |
| Customer Reviews | 5.0 ★★★★★ 19 ratings<br>5.0 out of 5 stars |
| Best Sellers Rank | #48,277 in Office Products (See Top 100 in Office Products)<br>#28 in Legal Forms & Kits |
| Date First Available | January 8, 2025 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

## Similar brands on Amazon

Sponsored
Page 1 of 2

NextDayLabels 1099-NEC Forms for 2025, 4-Part Tax Forms, Vendor Kit of ... 4.5 ★★★★★ 969 $23.99
Sutter Signs Automotive Service Tag Numbers (1000-1999) Red Green... 4.5 ★★★★★ 33 $52.99
Resholder 250 Pack Patient Sign in Sheets Hipaa Compliant Patient Sign i... 5.0 ★★★★★ 2 $69.99 List: ~~$84.99~~

## Products related to this item

Sponsored
Page 1 of 31

60 Pack Exterior Annual Vehicle Inspection Label, FMCSA Annual Inspection Stickers(... ★★★★★ 15 $29.99 ($0.50 / count) prime
30-Pack Annual Vehicle Inspection Report Form & Adhesive Vinyl Label 2-Ply,3-Ply Ca... ★★★★☆ 45 $17.99 ($0.60 / count) prime
15 Packs Dot Inspection Forms and Stickers, Annual Vehicle Inspection Report... ★★★★☆ 20 $13.99 prime
Annual Vehicle Inspection Label 50-Pack Interior Vehicle Inspection 2-Ply... ★★★★☆ 2 $29.99 prime
Annual Vehicle Inspection Report Form 30-pk 3-Ply Carbonless,Adhesive... ★★★★☆ 30 Amazon's Choice $39.99 prime
Annual Vehicle Inspection Report Form with Red Exterior Aluminum Inspection... ★★★★★ 26 -20% $39.99 ($1.60 / count) List: ~~$49.99~~ prime


Buck's FMCSA Compliant Books: Inspect, Log & Recap
Detailed Driver Vehicle Inspection Report Book – 35 Sets of Forms Pe... 4.6 ★★★★★ 104 -20% $7.99 ~~$9.99~~ prime

## Customer reviews

★★★★★ 5 out of 5
19 global ratings

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

Detailed Driver Vehicle Inspection Report Book – 35 Sets of Forms... 4.6 ★★★★★ 104 $7.99 ~~$9.99~~ prime
Sponsored

### Top reviews from the United States

Translate all reviews to English

Buford in Statesville
★★★★★ **Nice quality**
Reviewed in the United States on October 5, 2025
Size: AVIR Form w/ Red Label | Style: 10 Pack | Verified Purchase
Great Products had a great price and they shipped right on time and the trucks keep rolling.
Helpful | Report

Amazon Customer
★★★★★ **N/a**
Reviewed in the United States on July 4, 2025
Size: White Mylar Label | Style: 10 Pack | Verified Purchase
Compact easy to use
Helpful | Report

aracely
★★★★★ **Bueno**
Reviewed in the United States on May 1, 2025
Size: AVIR Form w/ Red Label | Style: 5 Pack | Verified Purchase
Es de muy buen material
Helpful | Report
Translate review to English

Erick Sanchez
★★★★★ **Exelent**
Reviewed in the United States on March 19, 2025
Size: AVIR Form w/ Red Label | Style: 10 Pack | Verified Purchase
Amazon Continue to be # 1
Helpful | Report

Julie
★★★★★ **d**
Reviewed in the United States on February 28, 2025
Size: White Mylar Label | Style: 100 Pack | Verified Purchase
Great Price and product
Helpful | Report

jose Humberto herrera Martínez
★★★★★ **N**
Reviewed in the United States on August 10, 2025
Size: AVIR Form w/ Red Label | Style: 50 Pack | Verified Purchase
Buenisimo
Helpful | Report
Translate review to English

See more reviews ›

## Brand in this category on Amazon

Insurance claim form 1500
Shop Next Day Labels ›
Best seller NextDayLabels - CMS 1500 / HCFA 1500 Insur... ★★★★★ 1,324 prime
Best seller NextDayLabels - CMS 1500 / HCFA 1500 Insur... ★★★★★ 1,324 prime

Beauty of Joseon Best Sellers SHOP NOW

## More items to consider

## Based on your browsing history

See personalized recommendations

Sign in

Back to top

Captured at: 10/06/2025 03:00 PM URL: https://www.amazon.com/Carbonless-Inspection-Aluminum-Compliant-Shrinkwrapped/dp/B0DSK1XJFQ?ref_=ast_sto_dp&th=



Accurate 1094-B Filing, Every Time — ComplyRight — Shop COMPLYRIGHT

Office Products › Office & School Supplies › Forms, Recordkeeping & Money Handling › Legal Forms & Kits



Click to see full view

# 100 Pack 3-Ply Carbonless Annual Vehicle Inspection Report Forms with FMCSA Red Aluminum Labels & White Mylar Laminate Vinyl Labels, DOT Inspection Forms and Stickers, Shrink-Wrapped, 8.5" x 11.75"

Visit the BUCK TAPE AS TOUGH AS A BUCK Store

5.0 ★★★★★ 19 ratings

$110.00

Size: **AVIR Form w/ Red & White Label**

| White Mylar Label | Red Label | AVIR Form w/ Red... | AVIR Form w/ White... | AVIR Form w/ Red &... |
|---|---|---|---|---|
| $57.99 ~~$99.99~~ | $78.99 | $94.99 | $94.99 | $110.00 |

Style: **100 Pack**

100 Pack | 5 Pack | 10 Pack | 25 Pack | 50 Pack

| | |
|---|---|
| **Size** | AVIR Form w/ Red & White Label |
| **Brand** | BUCK TAPE AS TOUGH AS A BUCK |
| **Number of Labels** | 1 |
| **UPC** | 782926663704 |
| **Style** | 100 Pack |

$110.00

FREE delivery **Tuesday, October 14**. Details

Or fastest delivery **October 8 - 9**. Details

Delivering to Chicago 60602 - Update location

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Buck USA |
| Sold by | Buck USA |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

Add to List

## About this item

- DOT Compliant: Fully meets 49 CFR 396.17 and 396.21 requirements, ensuring your annual vehicle inspection form and label set is compliant and helping you avoid costly fines.
- Complete Kit: Each pack includes 100 sets of 3-ply carbonless annual inspection forms (8.5" x 11.75") along with red aluminum labels & white mylar laminate vinyl labels for comprehensive vehicle for clear, professional inspections.
- Durable & Weatherproof: Crisp, clear copies on carbonless vehicle inspection forms paired with heat-resistant DOT inspection stickers that withstand tough trucking environments.
- Permanent Markings: Writable labels create lasting indentations for clear, legible inspection records.
- Easy Record-Keeping: 3-ply design provides original, duplicate, and vehicle copies of the truck inspection forms for organized documentation and effortless FMCSA compliance.
- Neat & Secure Packaging: Shrink-wrapped forms keep them clean, organized, and ready for use. Made in the USA for superior quality.

Buck's FMCSA Compliant Books: Inspect, Log & Recap
4.6 ★★★★½ 104
-20% $7.99 ~~$9.99~~ prime
Sponsored

## Additional Details

Small Business
This product is from a small business brand. Support small. Learn more

Report an issue with this product or seller

YNXPTBNC 30-Pack Annual Vehicle Inspection Report Form & Adhesive Vinyl Label 2-Ply,3-Ply Carbonless Form DOT Compliant
★★★★ 45 | $17.99 prime
Shop now ›
Sponsored

## Buy it with

Total price: $159.88

Add all 3 to Cart

## Product description

**Buy Forms with Confidence from Buck**



Proudly American. Unmatched Craftsmanship

At Buck, we don't just sell products—we create them with American craftsmanship & precision. As a **small, US-owned business**, we take pride in delivering high-quality, long-lasting materials made right here in the USA. Unlike mass-produced imports, our products are engineered for accuracy and reliability so professionals have the best tools on the job.

Stay Compliant, Stay Protected

Compliance isn't optional—it's essential. Buck provides a wide range of industry-compliant forms and inspection labels designed to meet **DOT, FMCSA, and regulatory requirements**. Our products ensure your business stays audit-ready, helping you avoid penalties and maintain safety standards with ease.

Compliance & Inspection Forms for Drivers & Fleets

- Annual Vehicle Inspection Forms
- Annual Vehicle Inspection Stickers & Labels
- Driver Daily Log Book
- Driver Vehicle Inspection Book
- ELD Backup Driver Log Book
- Record of Annual Inspection Forms

Designed for Simplicity, Engineered for Excellence

Managing records and inspections shouldn't slow you down. Buck offers intuitive, well-structured forms and inspection labels that make documentation fast and hassle-free. With **premium materials, crisp printing, and user-friendly designs**, our products provide efficiency and reliability in every detail.

| | 5 Pack Buck 3-Ply Carbonless Annual Vehicle Inspection Report Forms with Red ... | 5 Pack Buck 3-Ply Carbonless Annual Vehicle Inspection Report Forms with 2-Pl... | 5 Pack Buck 3-Ply Carbonless Annual Vehicle Inspection Report Forms with Red ... | 10 Pack Buck Record of Annual Inspection Forms with Inspection Decal, 2-Ply C... | 5 Pack Buck Aluminum Annual Vehicle Inspection Label with Punch Boxes, 2 Mil ... | 5 Pack Buck Annual Vehicle Inspection Label, 2-Ply Adhesive Vinyl with Mylar ... |
|---|---|---|---|---|---|---|
| Customer Reviews | ★★★★★ 19 | ★★★★★ 19 | ★★★★★ 19 | ★★★★½ 13 | ★★★★★ 19 | ★★★★★ 19 |
| Price | $9.99 | $9.99 | $12.99 | $16.99 | $7.99 | $7.99 |
| Number of Plies | 3-Ply | 3-Ply | 3-Ply | 3-Ply | 2-Ply | 2-Ply |
| Packaging | Shrink-wrapped | Shrink-wrapped | Shrink-wrapped | Shrink-wrapped | Shrink-wrapped | Shrink-wrapped |
| Label Material | Aluminum with Punch Boxes | Vinyl with Mylar Laminate | Aluminum Punch Box & Vinyl Mylar Labels | Vinyl with Mylar Laminate | Aluminum with Punch Boxes | |
| Carbonless | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Available Pack Sizes | 5, 10, 25, 50, 100 | 5, 10, 25, 50, 100 | 5, 10, 25, 50, 100 | 5, 10, 25, 50, 100 | 5, 10, 25, 50, 100 | 5, 10, 25, 50, 100 |

## Upgrade Your Vehicle Inspections Today!

Ensure compliance, efficiency, and durability with Buck USA's Annual Vehicle Inspection Forms & Labels. Designed to meet DOT regulations, our premium materials, clear layouts, and durable aluminum & vinyl labelssimplify inspections and record-keeping.

Stay audit-ready with reliable, easy-to-use forms built for single vehicles or full fleets. Click **'Add to Cart'** now and experience the Buck USA difference!

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Tradex Global Inc |
| Brand | BUCK TAPE AS TOUGH AS A BUCK |
| Item Weight | 5 pounds |
| Product Dimensions | 12 x 9 x 1 inches |
| Item model number | AV-42221 |
| Size | AVIR Form w/ Red & White Label |
| Manufacturer Part Number | AV-42221 |

### Additional Information

| | |
|---|---|
| ASIN | B0DSK1XJFQ |
| Customer Reviews | 5.0 ★★★★★ 19 ratings<br>5.0 out of 5 stars |
| Best Sellers Rank | #48,277 in Office Products (See Top 100 in Office Products)<br>#28 in Legal Forms & Kits |
| Date First Available | January 8, 2025 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

## Customer reviews

★★★★★ 5 out of 5

19 global ratings

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

### Top reviews from the United States

Translate all reviews to English

Buford in Statesville
★★★★★ **Nice quality**
Reviewed in the United States on October 5, 2025
Size: AVIR Form w/ Red Label | Style: 10 Pack | Verified Purchase
Great Products had a great price and they shipped right on time and the trucks keep rolling.
Helpful | Report

Amazon Customer
★★★★★ **N/a**
Reviewed in the United States on July 4, 2025
Size: White Mylar Label | Style: 10 Pack | Verified Purchase
Compact easy to use
Helpful | Report

aracely
★★★★★ **Bueno**
Reviewed in the United States on May 1, 2025
Size: AVIR Form w/ Red Label | Style: 5 Pack | Verified Purchase
Es de muy buen material
Helpful | Report
Translate review to English

Erick Sanchez
★★★★★ **Exelent**
Reviewed in the United States on March 19, 2025
Size: AVIR Form w/ Red Label | Style: 10 Pack | Verified Purchase
Amazon Continue to be # 1
Helpful | Report

Julie
★★★★★ **d**
Reviewed in the United States on February 28, 2025
Size: White Mylar Label | Style: 100 Pack | Verified Purchase
Great Price and product
Helpful | Report

jose Humberto herrera Martinez
★★★★★ **N**
Reviewed in the United States on August 10, 2025
Size: AVIR Form w/ Red Label | Style: 50 Pack | Verified Purchase
Buenisimo
Helpful | Report
Translate review to English

See more reviews ›

Similar brands on Amazon — Sponsored — Page 1 of 2
NextDayLabels 1099-NEC Forms for 2025, 4-Part Tax Forms, Vendor Kit of ... 4.5 969 $23.99
Sutter Signs Automotive Service Tag Numbers (1000-1999) Red Green... 4.5 33 $52.99
Resholder 250 Pack Patient Sign in Sheets Hipaa Compliant Patient Sign i... 5.0 2 $69.99 List: $84.99

Related products with free delivery on eligible orders — Sponsored | Try Prime for unlimited fast, free shipping — Page 1 of 15

NextDayLabels - CMS 1500 / HCFA 1500 Insurance Claim Forms -... 4.6 1,324 $53.99 prime
Insurance claim form 1500
Sponsored

More from frequently bought brands — Sponsored — Page 1 of 4
50-Pack Annual Vehicle Inspection Label 1.6 mil Aluminum Red FMCSA Label with Perma... 45 Amazon's Choice $27.99 ($0.56 / count)
60 Pack Annual Vehicle Inspection Label, Interior Vehicle Inspection Sticker Adhesi... 3 $26.99 ($0.45 / count)
25 Pack 3-Ply Carbonless Annual Vehicle Inspection Report Form with White Interior ... 6 $19.99 ($0.80 / count)
Multi Point Inspection Form 2 Part - FD-QC-O (500) 22 $95.00
60 Pack Exterior Annual Vehicle Inspection Label, FMCSA Annual Inspection Stickers(... 15 $29.99 ($0.50 / count)
50 Pack Annual Vehicle Inspection Report Form Detailed Driver's Vehicle Inspection ... 7 $25.99 Save 5% with coupon
Creative 50 Pack 3-Ply Carbonless Annual Vehicle Inspection Report Form, Meet... 2 $24.99 ($1.00 / count)

FlavCity Grass Fed Whey Protein Powder - Vanilla Latte - 25g ... 8,451 $59.99 prime
Sponsored

See personalized recommendations

Sign in

Back to top

Captured at: 10/06/2025 03:01 PM URL: https://www.amazon.com/Carbonless-Inspection-Adhesive-Compliant-Shrinkwrapped/dp/B0DSJZ2J1M?ref_=ast_sto_dp&th=1



# 100 Pack 3-Ply Carbonless Annual Vehicle Inspection Report Forms with FMCSA 2-Ply Mylar Laminate Adhesive Vinyl Labels, DOT Inspection Forms and Stickers, Shrink-Wrapped, 8.5" x 11.75" - Made in USA

Visit the BUCK TAPE AS TOUGH AS A BUCK Store
5.0 ★★★★★ 19 ratings

$94.99

Size: AVIR Form w/ White Label

| White Mylar Label | Red Label | AVIR Form w/ Red... | AVIR Form w/ White... | AVIR Form w/ Red &... |
|---|---|---|---|---|
| $57.99 ~~$99.99~~ | $78.99 | $94.99 | $94.99 | $110.00 |

Style: 100 Pack
100 Pack | 5 Pack | 10 Pack | 25 Pack | 50 Pack

| | |
|---|---|
| Color | White |
| Size | AVIR Form w/ White Label |
| Material | Vinyl |
| Brand | BUCK TAPE AS TOUGH AS A BUCK |
| Shape | Rectangular |

$94.99
FREE delivery Tuesday, October 14. Details
Or fastest delivery October 8 - 9. Details
Delivering to Chicago 60602 - Update location
In Stock
Quantity: 1
Add to Cart
Buy Now
Ships from Buck USA
Sold by Buck USA
Returns 30-day refund/replacement
Payment Secure transaction
Add to List

## About this item

- DOT Compliant: Fully meets 49 CFR 396.17 and 396.21 requirements, ensuring your annual vehicle inspection form and label set is compliant and helping you avoid costly fines.
- Complete Kit: Each pack includes 100 sets of 3-ply carbonless annual inspection forms (8.5" x 11.75") with FMCSA-approved Mylar laminate adhesive labels for professional, reliable inspections.
- Durable & Weatherproof: Crisp, clear copies on carbonless vehicle inspection forms paired with heavy-duty vinyl labels that resist heat, wear, and harsh weather—built to handle tough trucking environments.
- Permanent Markings: Writable labels create lasting indentations for clear, legible inspection records.
- Easy Record-Keeping: 3-ply design provides original, duplicate, and vehicle copies of the truck inspection forms for organized documentation and effortless FMCSA compliance.
- Neat & Secure Packaging: Shrink-wrapped forms keep them clean, organized, and ready for use. Made in the USA for superior quality.

Buck's FMCSA Compliant Books: Inspect, Log & Recap
4.6 ★★★★½ 104
-20% $7.99 ~~$9.99~~ prime
Sponsored

## Additional Details

Small Business
This product is from a small business brand. Support small. Learn more

Report an issue with this product or seller

Annual Vehicle Inspection Report Form 30-pk 3-Ply Carbonless,Adhesive Vinyl Label 2-Ply
★★★★☆ 30
$39.99 prime
Sponsored

## Similar item with fast delivery

Amazon's Choice
J. J. Keller 25-Pack, Annual Vehicle Inspection Report Form & Adhesive Vinyl Label 2-Ply, 3-Ply Carbonless Form, Bundle Shrinkwrapped, DOT Compliant
★★★★½ (879)
$91.85 prime

## Buy it with

Annual Vehicle Inspection Report Form 30-pk 3-Ply Carbonless Red FMCSA Label Aluminum

Total price: $144.87
Add all 3 to Cart
These items are shipped from and sold by different sellers.
Show details

## Product description



### Buy Forms with Confidence from Buck

Proudly American. Unmatched Craftsmanship

At Buck, we don't just sell products—we create them with American craftsmanship & precision. As a **small, US-owned business**, we take pride in delivering high-quality, long-lasting materials made right here in the USA. Unlike mass-produced imports, our products are engineered for accuracy and reliability so professionals have the best tools on the job.

Stay Compliant, Stay Protected

Compliance isn't optional—it's essential. Buck provides a wide range of industry-compliant forms and inspection labels designed to meet **DOT, FMCSA, and regulatory requirements**. Our products ensure your business stays audit-ready, helping you avoid penalties and maintain safety standards with ease.

Compliance & Inspection Forms for Drivers & Fleets

- Annual Vehicle Inspection Forms
- Annual Vehicle Inspection Stickers & Labels
- Driver Daily Log Book
- Driver Vehicle Inspection Book
- ELD Backup Driver Log Book
- Record of Annual Inspection Forms

Designed for Simplicity, Engineered for Excellence

Managing records and inspections shouldn't slow you down. Buck offers intuitive, well-structured forms and inspection labels that make documentation fast and hassle-free. With **premium materials, crisp printing, and user-friendly designs**, our products provide efficiency and reliability in every detail.

| | 5 Pack Buck 3-Ply Carbonless Annual Vehicle Inspection Report Forms with Red ... | 5 Pack Buck 3-Ply Carbonless Annual Vehicle Inspection Report Forms with 2-Pl... | 5 Pack Buck 3-Ply Carbonless Annual Vehicle Inspection Report Forms with Red ... | 10 Pack Buck Record of Annual Inspection Forms with Inspection Decal, 2-Ply C... | 5 Pack Buck Aluminum Annual Vehicle Inspection Label with Punch Boxes, 2 Mil ... | 5 Pack Buck Annual Vehicle Inspection Label, 2-Ply Adhesive Vinyl with Mylar ... |
|---|---|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Reviews | ★★★★★ 19 | ★★★★★ 19 | ★★★★★ 19 | ★★★★½ 13 | ★★★★★ 19 | ★★★★★ 19 |
| Price | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Number of Plies | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Packaging | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Label Material | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Carbonless | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Available Pack Sizes | 5, 10, 25, 50, 100 | 5, 10, 25, 50, 100 | 5, 10, 25, 50, 100 | 5, 10, 25, 50, 100 | 5, 10, 25, 50, 100 | 5, 10, 25, 50, 100 |

### Upgrade Your Vehicle Inspections Today!

Ensure compliance, efficiency, and durability with Buck USA's Annual Vehicle Inspection Forms & Labels. Designed to meet DOT regulations, our premium materials, clear layouts, and durable aluminum & vinyl labelssimplify inspections and record-keeping.

Stay audit-ready with reliable, easy-to-use forms built for single vehicles or full fleets. Click **'Add to Cart'** now and experience the Buck USA difference!

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Tradex Global Inc |
| Brand | BUCK TAPE AS TOUGH AS A BUCK |
| Item Weight | 4.64 pounds |
| Product Dimensions | 12 x 9 x 1 inches |
| Item model number | AV-42221 |
| Color | White |
| Shape | Rectangular |
| Material Type | Vinyl |
| Size | AVIR Form w/ White Label |
| Manufacturer Part Number | AV-42221 |

### Additional Information

| | |
|---|---|
| ASIN | B0DSJZ2J1M |
| Customer Reviews | 5.0 ★★★★★ 19 ratings<br>5.0 out of 5 stars |
| Best Sellers Rank | #48,277 in Office Products (See Top 100 in Office Products)<br>#28 in Legal Forms & Kits |
| Date First Available | January 8, 2025 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

## Similar brands on Amazon

Sponsored
Page 1 of 2

NextDayLabels 1099-NEC Forms for 2025, 4-Part Tax Forms, Vendor Kit of ... 4.5 ★★★★½ 969 $23.99

Sutter Signs Automotive Service Tag Numbers (1000-1999) Red Green... 4.5 ★★★★½ 33 $52.99

Resholder 250 Pack Patient Sign in Sheets Hipaa Compliant Patient Sign i... 5.0 ★★★★★ 2 $69.99 List: ~~$84.99~~

## Related products with free delivery on eligible orders

Sponsored | Try Prime for unlimited fast, free shipping
Page 1 of 12

## Customer reviews

5.0 out of 5

## Top reviews from the United States

See more reviews

## Brand in this category on Amazon

## More items to consider

## Based on your browsing history

## See personalized recommendations

# ANNUAL VEHICLE INSPECTION LABEL

# 50 Pack Buck Aluminum Annual Vehicle Inspection Label with Punch Boxes, 2 Mil Red FMCSA Self Adhesive Sticker, DOT Compliant, Weatherproof, Tear Resistant, Easy to Write On, 6" x 3.5" - Made in USA

Visit the BUCK TAPE AS TOUGH AS A BUCK Store

$39.99

## About this item

## Product description

### Buy Forms with Confidence from Buck

Proudly American. Unmatched Craftsmanship

At Buck, we don't just sell products—we create them with American craftsmanship & precision. As a **small, US-owned business**, we take pride in delivering high-quality, long-lasting materials made right here in the USA. Unlike mass-produced imports, our products are engineered for accuracy and reliability so professionals have the best tools on the job.

Stay Compliant, Stay Protected

Compliance isn't optional—it's essential. Buck provides a wide range of industry-compliant forms and inspection labels designed to meet **DOT, FMCSA, and regulatory requirements**. Our products ensure your business stays audit-ready, helping you avoid penalties and maintain safety standards with ease.

Designed for Simplicity, Engineered for Excellence

Managing records and inspections shouldn't slow you down. Buck offers intuitive, well-structured forms and inspection labels that make documentation fast and hassle-free. With **premium materials, crisp printing, and user-friendly designs**, our products provide efficiency and reliability in every detail.

Compliance & Inspection Forms for Drivers & Fleets

- Annual Vehicle Inspection Forms
- Annual Vehicle Inspection Stickers & Labels
- Driver Daily Log Book
- Driver Vehicle Inspection Book
- ELD Backup Driver Log Book
- Record of Annual Inspection Forms

| | 5 Pack Buck 3-Ply Carbonless Annual Vehicle Inspection Report Forms with Red ... | 5 Pack Buck 3-Ply Carbonless Annual Vehicle Inspection Report Forms with 2-Pl... | 5 Pack Buck 3-Ply Carbonless Annual Vehicle Inspection Report Forms with Red ... | 10 Pack Buck Record of Annual Inspection Forms with Inspection Decal, 2-Ply C... | 5 Pack Buck Aluminum Annual Vehicle Inspection Label with Punch Boxes, 2 Mil ... | 5 Pack Buck Annual Vehicle Inspection Label, 2-Ply Adhesive Vinyl with Mylar ... |
|---|---|---|---|---|---|---|
| Customer Reviews | 19 | 19 | 19 | 13 | 19 | 19 |
| Price | $9.99 | $9.99 | $12.99 | $16.99 | $7.99 | $7.99 |
| Number of Plies | 3-Ply | 3-Ply | 3-Ply | 3-Ply | 2-Ply | 2-Ply |
| Packaging | Shrink-wrapped | Shrink-wrapped | Shrink-wrapped | Shrink-wrapped | Shrink-wrapped | Shrink-wrapped |
| Label Material | Aluminum with Punch Boxes | Vinyl with Mylar Laminate | Aluminum Punch Box & Vinyl Mylar Labels | Vinyl with Mylar Laminate | Aluminum with Punch Boxes | |
| Carbonless | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Available Pack Sizes | 5, 10, 25, 50, 100 | 5, 10, 25, 50, 100 | 5, 10, 25, 50, 100 | 5, 10, 25, 50, 100 | 5, 10, 25, 50, 100 | 5, 10, 25, 50, 100 |

## Upgrade Your Vehicle Inspections Today!

Ensure compliance, efficiency, and durability with Buck USA's Annual Vehicle Inspection Forms & Labels. Designed to meet DOT regulations, our premium materials, clear layouts, and durable aluminum & vinyl labelssimplify inspections and record-keeping.

Stay audit-ready with reliable, easy-to-use forms built for single vehicles or full fleets. Click **'Add to Cart'** now and experience the Buck USA difference!

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Tradex Global Inc |
| Brand | BUCK TAPE AS TOUGH AS A BUCK |
| Item Weight | 5 pounds |
| Package Dimensions | 5 x 4 x 1 inches |
| Size | Red Label |
| Manufacturer Part Number | AV-42221 |

### Additional Information

| | |
|---|---|
| ASIN | B0F73Q5GYZ |
| Customer Reviews | 5.0 19 ratings 5.0 out of 5 stars |
| Best Sellers Rank | #48,277 in Office Products (See Top 100 in Office Products) #28 in Legal Forms & Kits |
| Date First Available | May 1, 2025 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

### Feedback

Would you like to tell us about a lower price?

## Customer reviews

5 out of 5

19 global ratings

| | |
|---|---|
| 5 star | 100% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

### Top reviews from the United States

Translate all reviews to English

Buford in Statesville

**Nice quality**

Reviewed in the United States on October 5, 2025

Size: AVIR Form w/ Red Label | Style: 10 Pack | Verified Purchase

Great Products had a great price and they shipped right on time and the trucks keep rolling.

Amazon Customer

**N/a**

Reviewed in the United States on July 4, 2025

Size: White Mylar Label | Style: 10 Pack | Verified Purchase

Compact easy to use

aracely

**Bueno**

Reviewed in the United States on May 1, 2025

Size: AVIR Form w/ Red Label | Style: 5 Pack | Verified Purchase

Es de muy buen material

Erick Sanchez

**Exelent**

Reviewed in the United States on March 19, 2025

Size: AVIR Form w/ Red Label | Style: 10 Pack | Verified Purchase

Amazon Continue to be # 1

Julie

**d**

Reviewed in the United States on February 28, 2025

Size: White Mylar Label | Style: 100 Pack | Verified Purchase

Great Price and product

jose Humberto herrera Martinez

**N**

Reviewed in the United States on August 10, 2025

Size: AVIR Form w/ Red Label | Style: 50 Pack | Verified Purchase

Buenisimo

See more reviews

See personalized recommendations

Sign in

Back to top

Get to Know Us · Make Money with Us · Amazon Payment Products · Let Us Help You

Captured at: 10/06/2025 02:54 PM URL: https://www.amazon.com/Aluminum-Inspection-Compliant-Weatherproof-Resistant/dp/B0F74566Q5?ref_=ast_sto_dp&th=1





# 100 Pack Buck Aluminum Annual Vehicle Inspection Label with Punch Boxes, 2 Mil Red FMCSA Self Adhesive Sticker, DOT Compliant, Weatherproof, Tear Resistant, Easy to Write On, 6" x 3.5" - Made in USA

Visit the BUCK TAPE AS TOUGH AS A BUCK Store

5.0 ★★★★★ 19 ratings

$78.99

Size: Red Label

- White Mylar Label $57.99
- Red Label $78.99
- AVIR Form w/ Red... $94.99
- AVIR Form w/ White... $94.99
- AVIR Form w/ Red &... $110.00

Style: 100 Pack (100 Pack, 5 Pack, 10 Pack, 25 Pack, 50 Pack)

| | |
|---|---|
| Size | Red Label |
| Brand | BUCK TAPE AS TOUGH AS A BUCK |
| Number of Labels | 1 |
| UPC | 782926664145 |
| Style | 100 Pack |

$78.99 FREE delivery Tuesday, October 14. Or fastest delivery October 8 - 9. In Stock. Ships from Buck USA. Sold by Buck USA. Returns 30-day refund/replacement. Payment Secure transaction.

## About this item

- DOT & FMCSA Compliance: Meets 49 CFR 396.17 and 396.21, helping you stay compliant and avoid fines.
- Durable Design: Made from 2 mil aluminum, resistant to heat, wear, and punctures, with punch boxes for marking inspections over 3 years.
- Weatherproof & Long-Lasting: Built to endure extreme weather, keeping inspection records clear year-round.
- Standard Size: 6" x 3.5" labels fit all vehicle types and standard inspection forms.
- Enhanced Safety: Helps fleet managers maintain accurate records, ensuring compliance and safety.
- Permanent Markings: Creates indentations that won't fade, ensuring lasting legibility, even in harsh weather.
- Cost-Effective Bulk Pack: 100 high-quality labels per pack, offering great value. Made in the USA.

## Additional Details

Small Business
This product is from a small business brand. Support small. Learn more

Report an issue with this product or seller

Total price: $128.87 — Add all 3 to Cart

## Product description

### Buy Forms with Confidence from Buck

Proudly American. Unmatched Craftsmanship

At Buck, we don't just sell products—we create them with American craftsmanship & precision. As a **small, US-owned business**, we take pride in delivering high-quality, long-lasting materials made right here in the USA. Unlike mass-produced imports, our products are engineered for accuracy and reliability so professionals have the best tools on the job.

Stay Compliant, Stay Protected

Compliance isn't optional—it's essential. Buck provides a wide range of industry-compliant forms and inspection labels designed to meet **DOT, FMCSA, and regulatory requirements**. Our products ensure your business stays audit-ready, helping you avoid penalties and maintain safety standards with ease.

Compliance & Inspection Forms for Drivers & Fleets

- Annual Vehicle Inspection Forms
- Annual Vehicle Inspection Stickers & Labels
- Driver Daily Log Book
- Driver Vehicle Inspection Book
- ELD Backup Driver Log Book
- Record of Annual Inspection Forms

Designed for Simplicity, Engineered for Excellence

Managing records and inspections shouldn't slow you down. Buck offers intuitive, well-structured forms and inspection labels that make documentation fast and hassle-free. With **premium materials, crisp printing, and user-friendly designs**, our products provide efficiency and reliability in every detail.

| | 5 Pack Buck 3-Ply Carbonless Annual Vehicle Inspection Report Forms with Red ... | 5 Pack Buck 3-Ply Carbonless Annual Vehicle Inspection Report Forms with 2-Pl... | 5 Pack Buck 3-Ply Carbonless Annual Vehicle Inspection Report Forms with Red ... | 10 Pack Buck Record of Annual Inspection Forms with Inspection Decal, 2-Ply C... | 5 Pack Buck Aluminum Annual Vehicle Inspection Label with Punch Boxes, 2 Mil ... | 5 Pack Buck Annual Vehicle Inspection Label, 2-Ply Adhesive Vinyl with Mylar ... |
|---|---|---|---|---|---|---|
| Customer Reviews | ★★★★★ 19 | ★★★★★ 19 | ★★★★★ 19 | ★★★★½ 13 | ★★★★★ 19 | ★★★★★ 19 |
| Price | $9.99 | $9.99 | $12.99 | $16.99 | $7.99 | $7.99 |
| Number of Plies | 3-Ply | 3-Ply | 3-Ply | 3-Ply | 2-Ply | 2-Ply |
| Packaging | Shrink-wrapped | Shrink-wrapped | Shrink-wrapped | Shrink-wrapped | Shrink-wrapped | Shrink-wrapped |
| Label Material | Aluminum with Punch Boxes | Vinyl with Mylar Laminate | Aluminum Punch Box & Vinyl Mylar Labels | Vinyl with Mylar Laminate | Aluminum with Punch Boxes | |
| Carbonless | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Available Pack Sizes | 5, 10, 25, 50, 100 | 5, 10, 25, 50, 100 | 5, 10, 25, 50, 100 | 5, 10, 25, 50, 100 | 5, 10, 25, 50, 100 | 5, 10, 25, 50, 100 |

### Upgrade Your Vehicle Inspections Today!

Ensure compliance, efficiency, and durability with Buck USA's Annual Vehicle Inspection Forms & Labels. Designed to meet DOT regulations, our premium materials, clear layouts, and durable aluminum & vinyl labelssimplify inspections and record-keeping.

Stay audit-ready with reliable, easy-to-use forms built for single vehicles or full fleets. Click **'Add to Cart'** now and experience the Buck USA difference!

## Videos

Help others learn more about this product by uploading a video!

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Tradex Global Inc |
| Brand | BUCK TAPE AS TOUGH AS A BUCK |
| Item Weight | 5 pounds |
| Size | Red Label |
| Manufacturer Part Number | AV-42221 |

### Additional Information

| | |
|---|---|
| ASIN | B0F74566Q5 |
| Customer Reviews | 5.0 ★★★★★ 19 ratings<br>5.0 out of 5 stars |
| Best Sellers Rank | #169,546 in Industrial & Scientific (See Top 100 in Industrial & Scientific)<br>#101 in Inventory Labels |
| Date First Available | May 1, 2025 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

### Feedback

Would you like to tell us about a lower price?

## Customer reviews

★★★★★ 5 out of 5

19 global ratings

| | |
|---|---|
| 5 star | 100% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

### Top reviews from the United States

**Buford in Statesville** — ★★★★★ **Nice quality**
Reviewed in the United States on October 5, 2025. Size: AVIR Form w/ Red Label | Style: 10 Pack | Verified Purchase
Great Products had a great price and they shipped right on time and the trucks keep rolling.

**Amazon Customer** — ★★★★★ **N/a**
Reviewed in the United States on July 4, 2025. Size: White Mylar Label | Style: 10 Pack | Verified Purchase
Compact easy to use

**aracely** — ★★★★★ **Bueno**
Reviewed in the United States on May 1, 2025. Size: AVIR Form w/ Red Label | Style: 5 Pack | Verified Purchase
Es de muy buen material

**Erick Sanchez** — ★★★★★ **Exelent**
Reviewed in the United States on March 19, 2025. Size: AVIR Form w/ Red Label | Style: 10 Pack | Verified Purchase
Amazon Continue to be # 1

**Julie** — ★★★★★ **d**
Reviewed in the United States on February 28, 2025. Size: White Mylar Label | Style: 100 Pack | Verified Purchase
Great Price and product

**jose Humberto herrera Martinez** — ★★★★★ **N**
Reviewed in the United States on August 10, 2025. Size: AVIR Form w/ Red Label | Style: 50 Pack | Verified Purchase
Buenisimo

See more reviews

## See personalized recommendations